UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JAMES NEUROTH,

    Plaintiffs,

v.

MENDOCINO COUNTY, et al.,

    Defendants.

Case No. 15-cv-03226-RS   (NJV)

**ORDER RE DISCOVERY DISPUTE**

Re: Dkt. No. 104

The parties are HEREBY ORDERED to meet and confer telephonically no later than 12:00 p.m. on Tuesday, August 9, 2016, regarding the discovery dispute described in Defendants' motion filed August 5, 2016. (Doc. 104.) The court strongly suggests to the parties that they agree to Santa Rosa for the location of the subject depositions, a midpoint between the offices of counsel. If the parties, despite their most serious professional efforts, are unable to resolve their dispute, the matter will be heard before the undersigned at 2:00 p.m. on August 9, 2016. The parties shall attend the hearing telephonically by dialing 888-684-8852 and entering access code 1868782.

**IT IS SO ORDERED**.

Dated: August 8, 2016

                                                NANDOR J. VADAS
                                                United States Magistrate Judge