MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiff James Neuroth

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEUROTH, Individually and as Successor in Interest of Decedent STEVEN KELLOGG NEUROTH, | No: 3:15-cv-03226-RS |
| Plaintiff, | **STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| MENDOCINO COUNTY, a public entity; MENDOCINO COUNTY SHERIFF-CORONER THOMAS D. ALLMAN, in his individual and official capacities; CORRECTIONS CAPTAIN TIM PEARCE; SERGEANT LORI KNAPP; DEPUTY FRANK MASTERSON; DEPUTY CRAIG BERNARDI; DEPUTY MICHAEL GRANT; DEPUTY JEANETTE HOLUM; DEPUTY ROBERT PAGE; DEPUTY CHRISTINE DE LOS SANTOS; CITY OF WILLITS, a public entity; WILLITS POLICE OFFICER KEVIN LEEF; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; TAYLOR FITHIAN, M.D.; JENNIFER L. CAUDILLO, L.V.N., and COUNTY DEPUTIES DOES 9–20, and DOES 23–35, individually, jointly, and severally, | |
| Defendants. | |

## STIPULATION

Plaintiff JAMES NEUROTH and Defendants MENDOCINO COUNTY, SHERIFF ALLMAN, PEARCE, KNAPP, MASTERSON, BERNARDI, GRANT, HOLLUM, PAGE, DE LOS SANTOS, CITY OF WILLITS, LEEF, CFMG, FITHIAN, and CAUDILLO, by and through their counsel of record, do hereby stipulate as follows:

1.      The parties attended a settlement conference before Hon. Magistrate Judge Laurel Beeler on September 20, 2016.  As a result of the settlement conference, all parties agreed to a further settlement conference, which is now set for November 21, 2016 at 10:00a.m. before Magistrate Judge Beeler.

2.      To conserve the time and resources of the Court and parties, the parties request that this court continue the case management conference, currently scheduled for October 27, 2016, at 10:00a.m., to December 8, 2016 at 10:00 a.m. or as soon thereafter as the Court's calendar will permit.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


Dated: October 4, 2016                          HADDAD & SHERWIN LLP


                                                /s/ Maya Sorensen
                                                _____
                                                MAYA SORENSEN
                                                Attorneys for Plaintiff, JAMES NEUROTH

| | | |
|---|---|---|
| 1 | Dated: October 4, 2016 | KECK LAW OFFICES |
| 2 | | |
| 3 | | /s/ Anne Keck* |
| 4 | | _____ |
| 5 | | ANNE KECK<br>Attorney for Defendants COUNTY OF<br>MENDOCINO, SHERIFF-CORONER |
| 6 | | ALLMAN, PEARCE, KNAPP,<br>MASTERSON, BERNARDI, GRANT, |
| 7 | | HOLUM, PAGE, DE LOS SANTOS |
| 8 | | |
| 9 | Dated: October 4, 2016 | PERRY, JOHNSON, ANDERSON,<br>MILLER, & MOSKOWITZ |
| 10 | | |
| 11 | | /s/ Scott Lewis* |
| 12 | | _____ |
| 13 | | SCOTT LEWIS<br>Attorneys for Defendants CITY OF<br>WILLITS, LEEF |
| 14 | | |
| 15 | Dated: October 4, 2016 | LAW OFFICE OF JEROME VARANINI |
| 16 | | |
| 17 | | /s/ Jerome Varanini* |
| 18 | | _____ |
| 19 | | JEROME VARANINI<br>Attorney for Defendants CFMG, FITHIAN, |
| 20 | | CAUDILLO |
| 21 | | |

*Ms. Keck, Mr. Lewis and Mr. Varanini give their consent to file this stipulation with their

electronic signatures.

1

2

**<u>ORDER</u>**

3      Pursuant to stipulation of the parties and for good cause, IT IS SO ORDERED.

4      The October 27, 2016 Case Management Conference date is vacated.  The Case

5 Management Conference will be held on December 8, 2016, at 10:00 a.m.  An updated joint case

6 management statement shall be filed by December 1, 2016.

7

8

9 Date: __10/5/16_____                    _____

                                                HON. RICHARD SEEBORG

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28