UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEUROTH,<br><br>    Plaintiff,<br><br>    v.<br><br>MENDOCINO COUNTY, et al.,<br><br>    Defendants. | Case No.  15-cv-03226-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on December 8, 2016.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.     DISCOVERY

On or before October 2, 2017 all non-expert discovery shall be completed by the parties.

2.     EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

    a. On or before October 2, 2017, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    b. On or before November 1, 2017, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    c. On or before December 1, 2017, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

3.     FURTHER CASE MANAGEMENT CONFERENCE.

A Further Case Management Conference shall be held on **October 5, 2017 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

4.     PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial motions shall be heard no later than December 21, 2017.  The Court encourages the participation at oral argument of lawyers who are early in their professional career (e.g., 0-10 years of experience).

5.     PRETRIAL CONFERENCE.

The final pretrial conference will be held on **January 25, 2018 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

6.     TRIAL DATE.

A jury trial shall commence on **February 26, 2018 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: December 8, 2016

_____
RICHARD SEEBORG
United States District Judge