UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES NEUROTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MENDOCINO COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-03226-RS (NJV)<br><br>**ORDER GRANTING REQUEST TO BE RELIEVED OF IN-PERSON MEET AND CONFER REQUIREMENT**<br><br>Re: Dkt. No. 219 |

For good cause shown, it is ORDERED that the request to be relieved of the in-person meet and confer requirement contained in Plaintiff's Letter of November 1 (Doc. 219) is GRANTED. However, the parties are required to meet and confer by telephone prior to the filing of any discovery letter brief in a good faith attempt to resolve the matters without court intervention.

**IT IS SO ORDERED**.

Dated: November 2, 2017

_____
NANDOR J. VADAS
United States Magistrate Judge