MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiff James Neuroth

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEUROTH, Individually and as Successor in Interest of Decedent STEVEN KELLOGG NEUROTH, <br><br> Plaintiff, <br><br> vs. <br><br> MENDOCINO COUNTY, a public entity; MENDOCINO COUNTY SHERIFF-CORONER THOMAS D. ALLMAN, in his individual and official capacities; CORRECTIONS CAPTAIN TIM PEARCE; SERGEANT LORI KNAPP; DEPUTY FRANK MASTERSON; DEPUTY CRAIG BERNARDI; DEPUTY MICHAEL GRANT; DEPUTY JEANETTE HOLUM; DEPUTY ROBERT PAGE; DEPUTY CHRISTINE DE LOS SANTOS; CITY OF WILLITS, a public entity; WILLITS POLICE CHIEF GERARDO GONZALEZ; WILLITS POLICE OFFICER JEFF ANDRADE; WILLITS POLICE OFFICER KEVIN LEEF; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INCORPORATED, a Delaware Corporation; TAYLOR FITHIAN, M.D.; ELAINE HUSTEDT; YVONNE MAXFIELD, R.N.; CLAIRE TESKE, R.N.; JENNIFER L. CAUDILLO, L.V.N., and COUNTY DEPUTIES DOES 9–20, and DOES 23–35, individually, jointly, and severally, <br><br> Defendants. | No: 3:15-cv-03226-RS (RMI) <br><br> **STIPULATION AND (PROPOSED) ORDER FOR FORENSIC EXAMINATION OF PERFORMANCE EVALUATIONS OF DEFENDANT JENNIFER CAUDILLO** |

No. 1:15-cv-03226-RS (RMI): STIP AND (PROPOSED) ORDER FOR FORENSIC EXAMINATION

Plaintiff and Defendants CMGC, Taylor Fithian, M.D., Elaine Hustedt, and Claire Teske, R.N., by and through their respective attorneys of record, hereby stipulate to the following order being issued in this matter, after meeting and conferring about the forensic examination of performance evaluations of Jennifer Caudillo, LVN::

1. The office of Peter Bertling, Counsel for Defendants CMGC, Fithian, Hustedt, and Teske, shall send what may be all original performance evaluations for Jennifer Caudillo by Federal Express on November 20, 2017, to Plaintiff's document examiner:

> Erich Speckin
> Speckin Forensic Laboratories
> 110 East Broward Boulevard, Suite 1700
> Fort Lauderdale, FL 33301
> (954) 763-6134

2. Mr. Speckin will conduct forensic testing on the documents that may include: microscopic, infrared and ultraviolet light, ESDA testing for impressions, ink testing of a small sample of ink, all of which is generally accepted forensic document examination, which will not harm the legibility or evidentiary value of the document, and will not harm anyone else's ability to test the documents. Upon completion of the testing, Mr. Speckin will return the documents to Mr. Bertling by Federal Express with a sworn verification stating he has received the documents and is returning them to Mr. Bertling.

3. Plaintiff and the Defendants represented by Mr. Bertling shall have until December 29, 2017, to exchange any Rule 26 expert reports concerning the forensic examination of the Caudillo performance evaluations.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 19, 2017          **HADDAD & SHERWIN LLP**

/s/ *Julia Sherwin*
_____
JULIA SHERWIN
Attorneys for Plaintiff

Dated: November 19, 2017          **BERTLING & CLAUSEN LLP**

/s/ *Peter G. Bertling*
_____
PETER G. BERTLING
Attorneys for Defendants CORRECTIONAL MEDICAL GROUP COMPANIES, INC.; ELAINE HUSTEDT; TAYLOR FITHIAN, M.D.; CLAIRE TESKE, R.N.

*Mr. Bertling gives his permission to file this document with his electronic signature.

### **(PROPOSED) ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: November 20, 2017

_____
Hon. Robert M. Illman
UNITED STATES MAGISTRATE JUDGE