| | |
|---|---|
| Anne L. Keck, SBN 136315<br>KECK LAW OFFICES<br>418 B Street, Suite 206<br>Santa Rosa, California 95401<br>Telephone: (707) 595-4185<br>Facsimile: (707) 657-7715<br>Email: akeck@public-law.org<br><br>Attorneys for Defendants the<br>County of Mendocino and<br>Mendocino County Sheriff-<br>Coroner Thomas Allman,<br>Capt. Timothy Pearce, Lorrie Knapp,<br>Frank Masterson, Craig Bernardi,<br>Michael Grant, Jeanette Holum,<br>Robert Page, & Christine De Los Santos | John W. Patton, Jr., *Pro Hac Vice*<br>Stephen R. Niemeyer, SBN 203162<br>Kathleen M. Kunkle, SBN 222800<br>Kathryn R. Vaughan, *Pro Hac Vice*<br>PATTON & RYAN LLC<br>330 North Wabash Ave., Suite 3800<br>Chicago, Illinois 60611<br>Telephone: (312) 261-5160<br>Facsimile: (312) 261-5161<br>Emails: jpatton@pattonryan.com<br>    sniemeyer@pattonryan.com<br>    kkunckle@pattonryan.com<br>    kvaughan@pattonryan.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEUROTH, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MENDOCINO COUNTY, *et al.*,<br><br>    Defendants. | Case No. 3:15-CV-03226-RS<br><br>**JOINT STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULING ORDER AND OTHER DATES; [~~PROPOSED~~] ORDER** |

This Joint Stipulation to Modify Case Management Scheduling Order and Other Dates is submitted by all parties in this action, through their respective counsel, including: Plaintiff James Neuroth ("Plaintiff"); Defendants the County of Mendocino, Mendocino County Sheriff Thomas Allman, Sheriff's Captain Timothy Pearce, and current/former Sheriff's Deputies Lorrie Knapp, Frank Masterson, Craig Bernardi, Michael Grant, Jeanette Holum, Robert Page, and Christine De Los Santos (collectively, "County Defendants"); California Forensic Medical Group, Inc., Dr. Taylor Fithian, and LVN Jennifer Caudillo (collectively, "CFMG Defendants"); Correctional Medical Group Companies, Inc., RN Elaine Hustedt, and RN Claire Teske (collectively, "CMGC Defendants"); and the City of Willits, former Willits Police Chief Gerardo Gonzalez, and current/former Willits Police Officers Kevin Leef and Jeff Andrade (collectively, the "Willits Defendants"). Pursuant to this Stipulation, the parties jointly request the Court to modify the pretrial

and trial dates set out in its previous Case Management Scheduling Order entered on September 28, 2017 (Dkt. No. 209, the "Scheduling Order"), as well as other dates, as set forth below.

**RECITALS**

A. The course and schedule of events in this case have caused the parties to reevaluate the remaining dates set in the Court's previous Scheduling Order (Dkt. No. 209), which are presently as follows:

- December 29, 2017: disclosure of rebuttal/supplement expert witnesses (Expert Disclosures per Rule 26 completed on November 30, 2017);
- January 4, 2018: last day to file dispositive motions;
- January 31, 2018: close of expert witness discovery;
- February 8, 2018: last day for hearing on pre-trial motions;
- March 29, 2018, at 10:00 a.m.: final pre-trial conference; and
- April 30, 2018, at 9:00 a.m.: jury trial to commence.

B. The Courtroom Deputy has indicated the Court is available for a trial starting on January 7, 2019, and the parties have agreed to this new trial date. The parties estimate that the trial in this case will take approximately 5 weeks.

C. The parties request the Court to revise the pretrial and trial dates set out in the previous Scheduling Order for several reasons, including but not limited to the following:

1. Lead counsel for County Defendants, Anne Keck, has informed the parties that she requires substantial additional time to provide rebuttal/supplemental expert disclosures and prepare her clients' motion for summary judgment due in part to the effects of the Tubbs Fire on her family and work schedule.

2. On December 13, 2017, County Defendants learned that their primary retained medical expert, Dr. Joseph Hartmann, has suffered medical problems requiring him to withdraw from this case, so they will need additional time to locate and present the report of a replacement expert; Plaintiff also requires 30 days to disclose a rebuttal expert thereafter.

3. The parties have identified 21 expert witnesses whose depositions will be taken, and additional depositions will be required for rebuttal/supplement experts.

4. Due to limitations in all counsel's schedules, the first available date for expert witness depositions is January 15, 2018, with only 8 days thereafter available in January.

5. Defendants have requested completion of expert witness depositions in sufficient time to obtain/review transcripts and prepare motions for summary judgment.

6. Plaintiff's counsel has requested an extension of the briefing schedules for Defendants' proposed four separate summary judgment motions and for motions in limine, to which Defendants do not object in concept.

7. Plaintiff needs time to complete the punitive damages discovery that Judge Vadas ordered to take place after the Court issues its order addressing Defendants' four separate motions for summary judgment (docs. 149, 198).

8. The parties are mindful of the Court's busy docket, and that it may take considerable time for the Court to issue a summary judgment order after the hearing on those motions.

9. One or more of the parties may re-evaluate their settlement positions in light of the summary judgment order and may seek a further settlement conference with Judge Beeler at that time as well.

D. Plaintiff's counsel also believes that setting an early pretrial conference would be beneficial to allow sufficient time for the court to decide motions in limine and for the possibility of a further settlement conference with Judge Beeler after motions in limine are decided. Having gone into trial in what Plaintiff believes is a very similar case jail wrongful death case with very similar parties and issues [*M.H. v. County of Alameda*, No. 11-cv-02868-JST, 62 F. Supp. 3d 1049 (N.D. Cal. 2014) – a case that settled a week into trial], Plaintiff's counsel has learned that a case like this can be very burdensome on the Court and the parties, and that summary judgment and motions in limine are likely to require substantial time and attention, and may not be fully resolved until sometime after the pretrial conference. Thus, Plaintiff's counsel believes that moving up the pretrial conference would allow time for the parties and the Court to address these issues without unnecessarily pressing up on the new trial date, and leaving time for settlement conferences before

trial.

WHEREFORE, the parties hereby agree and request entry of an order as follows:

**AGREEMENT**

1. The parties request the Court to modify the current Scheduling Order and set a dispositive motion briefing schedule as follows:

   a. <u>January 15, 2018</u>: Last day to designate supplemental/rebuttal expert witnesses.

   b. <u>January 22, 2018</u>: Last day for County Defendants to designate replacement medical expert witness for Dr. Joseph Hartmann.

   c. <u>February 19, 2108</u>: Last day for Plaintiff to designate rebuttal expert to County Defendants' replacement expert.

   d. <u>March 15, 2018</u>: Last day to complete discovery of expert witnesses.

   e. <u>April 19, 2018</u>: Last day to file dispositive motions; briefing schedule for dispositive motions to include 28 days for oppositions, 14 days for replies.

   f. <u>June 14, 2018</u>: Last day to hear dispositive motions.

   g. <u>January 7, 2019</u>, 9:00 a.m.: Commencement of Jury Trial

2. Subject to a later request to revise the following dates based on intervening events, the parties request the Court to consider modifying the scheduling guidelines set out in its Jury Trial Standing Order in this case as follows:

   a. <u>August 30, 2018</u>: Last day to conduct meet and confer session (per the Court's Jury Trial Standing Order, Section A).

   b. <u>September 13, 2018</u>: Last day to file Motions in Limine, and last day to file Joint Pretrial Statement and Proposed Order (per the Court's Jury Trial Standing Order, Section B).

   c. <u>October 4, 2018</u>: Oppositions to Motions in Limine due

   d. <u>October 18, 2018</u>, at 10:00 a.m.: Final Pretrial Conference

3. Nothing in this Stipulation and request for order is intended to modify the other matters addressed in any Court order unless expressly identified herein, nor does it preclude the parties from seeking additional relief from this Court, to amend this stipulation and order or otherwise.

IT IS SO STIPULATED.

                                                          Keck Law Offices

Dated: December 13, 2017          By:   */s/ Anne L. Keck*
                                                            Anne L. Keck
                                                              Attorneys for County Defendants

                                                               Law Offices of Jerome M. Varanini

Dated: December 13, 2017          By:   */s/ Jerome M. Varanini*
                                                               Jerome M. Varanini
                                                              Attorneys for CFMG Defendants

                                                              Bertling & Clausen LLP

Dated: December 13, 2017          By:   */s/ Peter G. Bertling*
                                                               Peter G. Bertling
                                                              Attorneys for CMGC Defendants

                                                              Perry, Johnson, Anders, Miller & Moskowitz LLP

Dated: December 13, 2017          By:   */s/ Scott A. Lewis*
                                                               Scott A. Lewis
                                                              Attorneys for Willits Defendants

                                                              Haddad & Sherwin LLP

Dated: December 13, 2017          By:   */s/ Michael J. Haddad*
                                                               Michael J. Haddad
                                                              Attorneys for Plaintiff

\* Approval in the filing of this document has been obtained from all signatories.

**ORDER**

Based on the parties' stipulation, and with good cause appearing therefor,

IT IS HEREBY ORDERED that the previous Case Management Scheduling Order entered on September 28, 2017 (Dkt. No. 209) is hereby modified, and that the following dates are set in the instant case:

a. <u>January 15, 2018</u>: Last day to designate supplemental/rebuttal expert witnesses.

b. <u>January 22, 2018</u>: Last day for County Defendants to designate replacement medical expert witness for Dr. Joseph Hartmann.

c. <u>February 19, 2108</u>: Last day for Plaintiff to designate rebuttal expert to County Defendants' replacement expert.

d. <u>March 15, 2018</u>: Last day to complete discovery of expert witnesses.

e. <u>April 19, 2018</u>: Last day to file dispositive motions; briefing schedule for dispositive motions to include 28 days for oppositions, 14 days for replies.

f. <u>June 14, 2018</u>: Last day to hear dispositive motions.

g. <u>August 30, 2018</u>: Last day to conduct meet and confer session (per the Court's Jury Trial Standing Order, Section A).

h. <u>September 13, 2018</u>: Last day to file Motions in Limine, and last day to file Joint Pretrial Statement and Proposed Order (per the Court's Jury Trial Standing Order, Section B).

i. <u>October 4, 2018</u>: Oppositions to Motions in Limine due

j. <u>October 18, 2018</u>, at 10:00 a.m.: Final Pretrial Conference

k. <u>January 7, 2019</u>, 9:00 a.m.: Commencement of Jury Trial

IT IS SO ORDERED.

Date: 12/14/17

HONORABLE RICHARD SEEBORG
United States District Court Judge