# EXHIBIT D

**DANIEL WOHLGELERNTER, M.D**

2299 Century Hill
Los Angeles, CA. 90067

phone (310) 315-0101
Fax (310) 492-9793
Email *drdan@santamonicacardiology.com*

February 18, 2018

Julia Sherwin, Esq.
Haddad & Sherwin
505 Seventeenth Street
Oakland, CA 94612

   RE: James Neuroth, Individually and as Successor in Interest of Decedent Steven Kellogg Neuroth v. Mendocino County, et al.

         Case No.: 3:15-cv-03226

Dear Attorney Sherwin:

I am a board-certified cardiologist with substantial experience in sudden cardiac arrest and sudden cardiac death, including my service as the director of the ICU and CCU at St. John's Hospital in Santa Monica, CA.

I am knowledgeable about peer-reviewed medical and scientific research on the topics of pathophysiology of cardiac arrest and the specific type of cardiac arrest known as PEA (pulseless electrical activity). Attached please find the following: Attachment A : my current Curriculum Vitae, which includes a list of all publications authored by me; Attachment B: list of all cases in which I have testified as an expert in trial or deposition within the preceding four year; Attachment C is my fee schedule. The knowledge base that I utilize has been formed by my 35 years of clinical practice and experience, review of clinical and experimental literature, and my own clinical research.

I have been retained as an expert to review relevant materials and provide expert opinion on this matter, date of incident, June 10, 2014, and to consider and render expert opinion on whether the restraining process was contributory to Mr. Steven Neuroth's death. My report is in rebuttal to the cardiology opinions offered by defense experts, including Dr. Gary Vilke.

Materials Reviewed

I have reviewed the following materials pertaining to the above referenced case. This includes, but is not limited to:

Case-Specific Materials.

1. Plaintiff's Fourth Amended Complaint

1

2. Combined audio/video of jail surveillance recordings

3. Coroner's report

4. CFMG Defendants' Expert Witness Disclosures

5. County Defendants' Expert Witness Disclosures

6. Plaintiff's Expert Witness Disclosures

7. Report of Denise Panosky DNP

8. Report of Grant Fredericks

9. Report of John Ryan

10. Report of Larissa Mooney, M.D.

11. Report of Michael Baden, M.D.

12. Report of Michael Freeman, M.D.

13. Report of Richard Hayward, PhD

14. Report of Todd Wilcox, M.D.

15. Report of Robert Bux, M.D.

16. Report of Terry Fillman, R.N.

17. Defense rebuttal reports : John Peters, PhD; Lenard Vare; David Voytek; Gary Vilke, MD; David Kan, MD; Doug Jenkins

18. Report of Joseph Hartmann, MD

PERTINENT MEDICAL HISTORY:

Steven Neuroth was schizophrenic and a methamphetamine abuser. On June 10, 2014, he was running in traffic, and was arrested and taken to jail. The officers who apprehended Mr. Neuroth believed that he was under the influence of drugs and was having a drug-induced psychotic episode, and discussed whether to take him to the hospital or to jail. Mr. Neuroth was placed in handcuffs and arrested by Officer Andrade, and transported to the Mendocino County Jail by Officer Leef. Mr. Neuroth was 55 years old, 5'11" and weighed 156 pounds (as documented at autopsy).

While being booked in the jail, Mr. Neuroth was initially fairly cooperative. But when he was moved into a sobering cell, Mr. Neuroth suddenly became agitated and started resisting the deputies. He was already handcuffed when entering the sobering cell and, after struggling with deputies, Mr. Neuroth was taken to the ground and leg shackles were placed on him. He was then carried by the deputies from the sobering cell across the hallway into a safety cell, where multiple officers got on top of him for several minutes and repeatedly punched him while he was cuffed, shackled, and prone. When he became unresponsive, the deputies left.

2

Jail staff then discovered Mr. Neuroth was not breathing, did not have a pulse, and was blue around the mouth. CPR was started by the jail staff, 911 was called, and an Automatic External Defibrillator (AED) device was employed. The AED device recorded and analyzed Mr. Neuroth's heart rhythm, but did not find a shock-able rhythm and did not shock Mr. Neuroth. I have reviewed the AED rhythm strips, and they demonstrate an organized rhythm at a rate of 35-40, consistent with PEA (pulseless electrical activity).

EMS providers responded to the jail and found Mr. Neuroth in CPR status with a Pulseless Electrical Activity (PEA) rhythm. The paramedics provided advanced life saving measures and transported him to the emergency department where resuscitation efforts were continued, but ultimately, a pulse could not be regained and Mr. Neuroth was pronounced dead. Autopsy disclosed widespread blunt force injuries on his body- contusions, abrasions, avulsions- and one rib fracture. They are consistent with injuries that were sustained during the physical restraint in the safety cell. The forensic pathologist, Dr. Jay Chapman, reported the probable cause of death to be "Methamphetamine toxicity associated with violent struggle (any contributory role of restraint asphyxia unascertainable)." Of note, the methamphetamine level found in Mr. Neuroth's bood – 1.1 mg/L is within the US Highway Traffic Safety recreational level, and is not consistent with lethal toxicity from methamphetamine. Dr. Michael Baden, former Chief Medical Examiner of New York City, and a renowned forensic pathologist, has reviewed this case and has concluded : " The injuries described by Dr. Chapman in his autopsy report, the extent and manner of the physical restraint employed as described by the participants and as seen on the video, and the fact that Mr. Neuroth died while he was being physically restrained, demonstrate that Mr. Neuroth died as a result of compressive asphyxia caused by heavy pressure on his back and possibly his neck, while he was in a prone position. Deputy Grant's description that Mr. Neuroth's face and mouth area were blue when he turned him over confirms that Mr. Neuroth died because he couldn't breathe. When breathing is interfered with and the oxygen level drops to an abnormally low level, a blue or cyanotic discoloration develops in the skin of the face." Dr. Baden is thus attributing the cause of death to restraint/compressive asphyxia with resultant hypoxia/hypoxemia (critically low oxygen levels in the blood).

ANALYSIS AND OPINIONS:

1) It is my opinion, with a reasonable degree of medical certainty, that Mr. Neuroth's death was due to restraint/compressive asphyxia with resultant hypoxia/hypoxemia causing PEA cardiac arrest.
   Pulseless electrical activity (PEA), also known as electromechanical dissociation, refers to cardiac arrest in which the electrocardiogram shows a heart rhythm that should produce a pulse, but does not. The AED rhythm strips obtained in the jail cell and the EKGs recorded by the EMS personnel demonstrate an organized rhythm at a rate of 35-40, consistent with PEA (pulseless electrical activity).
   The following medical literature is informative regarding PEA cardiac arrest:
   2005 American Heart Association Guidelines for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care (December 2005). "Part 7.2: Management of Cardiac Arrest". Circulation. 112 (24 Suppl): IV 58–66. doi:10.1161/CIRCULATIONAHA.105.166557.

As is documented in the cardiology literature, PEA may be caused by many conditions, but its most frequent causes are hypovolemia and hypoxemia.
"Hypoxia secondary to respiratory failure is probably the most common cause of PEA, with respiratory insufficiency accompanying 40-50% of PEA cases."
emedicine.medscape.com/article/161080-overview#a6-  updated 11/20/17
The possible causes of PEA are remembered as the 6 Hs and the 6 Ts.
Hypovolemia
Hypoxia
Hydrogen ion (acidosis)
Hypokalemia/ hyperkalemia
Hypoglycemia
Hypothermia
Toxins
Cardiac tamponade
Tension pneumothorax
Thrombosis (coronary or pulmonary)
Trauma

In reviewing the literature and as confirmed by my extensive experience as a cardiologist, the only plausible and possible cause of PEA cardiac arrest in Mr. Neuroth was hypoxia/hypoxemia, secondary to restraint/compressive asphyxia.  None of the other possible causes listed above are plausible or relevant in the case of Mr. Neuroth.

2) I totally reject the contention that the cause of the sudden cardiac arrest and death in Mr. Neuroth was methamphetamine.  Aside from the fact that the methamphetamine blood level in Mr. Neuroth was not sufficiently high to be lethal, the undeniable fact that the cardiac rhythm as the time of cardiac arrest was PEA is incompatible with the theory that methamphetamine was the culprit.  The hypothesis that methamphetamine caused the cardiac arrest would only be plausible if the AED at the time of the cardiac arrest showed ventricular fibrillation. Methamphetamine, even at lethal levels of intoxication, does NOT cause PEA.  The only acceptable pathophysiologic explanation of the PEA in this case is hypoxia/hypoxemia due to asphyxia.

Gary M. Vilke , MD, emergency department physician, in his January 15, 2018 defense rebuttal report stated the following: "Approximately 15 minutes after the deputies left the cell, the automatic external defibrillator (AED) electrodes were placed onto Mr. Neuroth, and the AED device captured a heart rhythm that was slow and agonal. Had Mr. Neuroth been asphyxiated while the deputies were in the cell with him, his heart would have stopped at that point due to the asphyxiation and been basically in an agonal rhythm at that point. Agonal rhythms are not very robust and quickly degenerate into asystole, i.e., flatline. By virtue of the fact that Mr. Neuroth had an agonal rhythm 15 minutes later implies that his cardiac arrest was not due to asphyxiation, but rather from a primary cardiac event (due to methamphetamine) that would have persisted longer and slowly degenerated into the agonal rhythm that they found in Mr. Neuroth".  Dr. Vilke's analysis is completely baseless and incorrect.  A primary cardiac event, as

4

described by Dr. Vilke, would be associated with ventricular arrhythmia (eg, ventricular tachycardia or ventricular fibrillation), and ventricular arrhythmias NEVER evolve into PEA.

Dr. Joseph Hartman, cardiologist, has reviewed this case for the defendants, and in his report, dated 11/30/17, states the following: " Mr. Neuroth's use of methamphetamine put him at increased risk for cardiac arrhythmias, Specifically, methamphetamine raises blood epinephrine levels which causes stimulation of the heart and creates a milieu for subsequent ventricular tachycardia and ventricular fibrillation… This cumulative effect of epinephrine produced from Mr. Neuroth's use of methamphetamine and his fighting against the police officers produced the perfect storm to cause the cardiac arrest secondary to ventricular tachycardia/ventricular fibrillation".  Dr. Hartman's theory is utterly lacking in foundation,  as neither the AED rhythm strips nor the EMS EKG strips demonstrated ventricular tachycardia or ventricular fibrillation, but rather showed PEA,  which is incompatible with methamphetamine/epinephrine toxicity, but is entirely compatible with restraint asphyxia and hypoxia, as discussed above.  As previously mentioned,  ventricular arrhythmias <u>never</u> evolve or degenerate into PEA.

Dr. Robert Bux, pathology expert for the defense, opines in his report, dated 11/20/17, that "the cause of death is due to methamphetamine intoxication occurring after a physical struggle with correctional officers…. The mechanism of death is due to the consequences of a lethal cardiac arrhythmia as a consequence of the methamphetamine intoxication and not due to respiratory compromise."  Dr. Bux is completely in error in his understanding of the pathophysiology and the cardiac findings in this case.   There is absolutely no evidence of lethal cardiac arrhythmia (eg- ventricular tachycardia or ventricular fibrillation) in this matter.   The findings at the time of the cardiac arrest were PEA, which is entirely consistent with restraint asphyxia and hypoxia, and entirely inconsistent with methamphetamine intoxications.

Under penalty of perjury, I hereby swear that the opinions stated above are true and correct within a reasonable degree of medical probability. I also reserve the right to review the reports of other expert witnesses retained in this case by all parties, and review other materials as they become available in the case, and provide additional opinions as appropriate.

Sincerely yours,

DANIEL WOHLGELERNTER, MD, FACC

DANIEL WOHLGELERNTER, M.D.  - *CURRICULUM VITAE*

Full name: DANIEL WOHLGELERNTER

Home address:                                    **2299 Century Hill**
→ **mailing address (NEW ADDRESS)**     **Los Angeles, CA. 90067**

Business Address:  Cardiology Consultants of Santa Monica
                   1301 20th Street, Suite 590
                   Santa Monica, CA. 90404

Phone: (310) 315-0101;  Fax: (310) 492-9793
e-mail address: drdan@santamonicacardiology.com

## EDUCATION

| Institution | Degree | Year | Major Field | Awards |
|---|---|---|---|---|
| Yeshiva College | BA Summa Cum Laude | 1973 | Biology | Valedictorian Biology Award |
| Yale University School of Medicine | M.D. | 1977 | Medicine | Highest honors Alpha Omega Alpha |

## POST-GRADUATE TRAINING

Internship: Yale-New Haven Hospital, Internal Medicine, 7/77-6/78

Residency: Yale-New Haven Hospital, Internal Medicine, 7/78-6/80

Special appointment: Chief Resident and Instructor in Medicine, Yale-New Haven Hospital/ Yale University School of Medicine, 7/80-6/81

Fellowship: Yale-New Haven Hospital, Cardiology, 7/81-6/83

## PROFESSIONAL APPOINTMENTS

1) Assistant Professor of Medicine
   Yale University School of Medicine  7/83-6/85

2) Associate Director, Cardiac Catheterization Laboratory
   Yale-New Haven Hospital, New Haven, CT. 7/83-6/85
3) Director, Cardiac Exercise Laboratory
   Yale-New Haven Hospital                        7/84-6/85
4) Principal Investigator, TIMI Study (Thrombolyis In
   Myocardial Infarction); Yale U. School of Medicine   12/83-6/85
5) Assistant Professor of Medicine
   UCLA School of Medicine                        7/85-6/87
6) Director, Cardiac Catheterization Laboratory
   UCLA Medical Center, Los Angeles, Ca.          7/85-6/87
7) Medical Administrative Director
   Daniel Freeman Heart Center                    7/87-6/89
   Daniel Freeman Memorial Hospital, Inglewood, CA.
8) Staff Cardiologist
   Santa Monica-UCLA Medical Center               6/89-------6/2017
9) Staff Cardiologist
   Saint John's Hospital and Health Center
   Santa Monica, CA.                              6/89------
10) Staff Cardiologist
    UCLA Medical Center   Los Angeles             1/94---6/2006
11) Director, Coronary Care Unit
    Santa Monica-UCLA Medical Center
    Santa Monica, CA.                             6/92-8/98
12) Executive Medical Board- Member              12/94--1/98
    Santa Monica-UCLA Medical Center
13) Participating physician- National Registry    6/92-1/98
    of Myocardial Infarction
14) Assistant Clinical Professor of Medicine      7/95---12/2017
    UCLA School of Medicine
15) Vice-Chief of Staff; Santa Monica-UCLA        1/96--1/97
    Medical Center
16) Medical Director, PCCU; St. John's Hospital & Health Center;
    Santa Monica, CA.                             6/2007- 12/2013
17) Vice-President, Medical Staff; St. John's Hospital & Health Center;
                                                  1/2010---1/2011
18) Cardiology Section Chief- Providence-St. John's Hospital- Santa Monica, CA.
                                                  2/2016-

LICENSURE

1) State of Connecticut: 1978-1985
2) State of California:   1985-------



CERTIFICATION

1) American Board of Internal Medicine: 1981

2) American Board of Internal Medicine- Cardiovascular : 1983
3) American Board of Internal Medicine-Interventional Cardiology-2001-2011

PROFESSIONAL SOCIETIES

1) American Heart Association
2) American College of Cardiology (Fellow of the College)
3) California Medical Association
4) Los Angeles County Medical Association
5) Alpha Omega Alpha Honor Medical Society

PROFESSIONAL AWARDS

1) Research Grant: American Heart Association- 1985- for project, "Does PTCA cause Sustained Myocardial Dysfunction?".
2) Thomas L. Stern M.D. Award- 1990- Santa Monica Hospital Medical Center- Family Practice Residency Program: "In Appreciation for Excellence in Teaching"
3) Southern California *Super Doctors*- 2010-2017 ; featured in *Los Angeles Magazine*
4) Named one of US News and World Report's 'Top Doctors'- September 2012.
5) Named one of California's *Top Doctors*- January 2015, January 2016, January 2017- *Los Angeles magazine*

LECTURE PANEL APPOINTMENTS

1) Novartis National Speakers' Panel- for topics relating to anti-hypertensive therapy.
2) Merck Lecturers Panel- for topics relating to antihypertensive agents and cholesterol-lowering therapy.
3) Wyeth pharmaceuticals Speakers' Panel- for topics relating to ACE-inhibitor therapy.
4) Du Pont Pharmaceuticals Lecturers Bureau- for topics relating to anticoagulation.
5) American Academy of Family Physicians- Clinical Seminar Instructor- 1995 Scientific Assembly

MEDICAL JOURNAL APPOINTMENTS

1) American Heart Journal - manuscript reviewer, 1986-89.
2) Catheterization and Cardiovascular Diagnosis- manuscript reviewer, 1990-97.

PUBLICATIONS

JOURNAL MANUSCRIPTS
1) Systemic and Discoid Lupus Erythematosus: Analysis of Pulmonary Function.

3

Yale J Biol and Med 1978, 51:157-164.
2) Pulmonary Function Abnormalities in Systemic Lupus Erythematosus. Am Rev Resp Dis 1977, 115:180.
3) Infection with CDC Group DF-2 Gram-Negative Rod. Arch Int Med 1980, 140:657-58.
4) Common Cardiovascular Problems After General Surgery. Cardiovasc Med 1984,9:763-777.
5) Myocarditis Presenting with "Silent" Atrium and Left Atrial Thrombus. Am Heart J 1984, 108:1557-58.
6) Intact Systolic Left Ventricular Function in Clinical Congestive Heart Failure. AmJ Cardiol 1985, 55:1032-36.
7) Ventricular Septal Rupture Complicating Unrecognized Myocardial Infarction. Am Heart J 1985, 110:667-670.
8) Regional Myocardial Dysfunction During Coronary Angioplasty: Evaluation by Two-Dimensional Echocardiography and 12-Lead Electrocardiography. J Am Coll Cardiol 1986, 7:1245-1254.
9) Prevention of Ischemia During Percutaneous Transluminal Coronary Angioplasty by Transcatheter Infusion of Oxygenated Fluosol DA-20%. Circulation 1986, 74:555-562.
10) Percutaneous Transluminal Coronary Angioplasty of the "Culprit" Lesion for Management of Unstable Angina Pectoris with Multivessel Coronary Artery Disease. Am J Cardiol 1986, 58:460-464.
11) Reversal of Ischemic Myocardial Dysfunction by PTCA in a Cardiac Transplant Patient. Am Heart J 1986, 112:837-39.
12) Right Atrial-Esophageal Fistula and Hydropneumopericardium following Esophageal Dilatation. J Am Coll Cardiol 1987, 9:969-972.
13) Coronary Vasospasm Culminating in Thrombosis and Infarction Following "Successful" Coronary Angioplasty. Am Heart J 1987, 113:1220-22.
14) Silent Ischemia During Coronary Occlusion Produced by Balloon Inflation: Relation to Regional Myocardial Dysfunction. J Am Coll Cardiol 1987, 10:491-98.
15) Preservation of Left Ventricular Ejection Fraction During Percutaneous Transluminal Coronary Angioplasty by Distal Transcatheter Coronary Perfusion of Oxygenated Fluosol DA 20%. Am Heart J 1988, 115:1156-64.
16) Acute Coronary Bypass Graft Closure Resulting from Heparin-Associated Thrombocytopenia. Cardiovascular Rev & Reports 1987, 8:65-67.
17) Resetting of Ventricular Tachycardia: Implications for Localizing the Area of Slow Conduction. J Am Coll Cardiol 1988, 11:522-29.
18) Complicated Atherosclerotic Lesions: A Potential Cause of Ischemic Ventricular Arrhythmias in Cardiac Arrest Survivors Who Do Not Have Inducible Ventricular Tachycardia? Am Heart J 1988, 116:
19) Fractionated Endocardial Electrograms Are Associated with Slow Conduction in Humans: Evidence from Pace-Mapping. J Am Coll Cardiol 1989, 13: 369-76.
20) Localization of Slow Conduction in a Ventricular Tachycardia Circuit: Implications for Catheter Ablation. Am Heart J 1987,114: 1253-58.
21) Reduction of Myocardial Ischemia During Percutaneous Transluminal Coronary Angioplasty with Oxygenated Fluosol. Am J Cardiol 1990, 66:279-84.
22) Left Main Coronary Artery Rupture After Percutaneous Transluminal Angioplasty. J Invasive Cardiol 1991, 3:50-52.

23) Detection of Coronary Artery Disease with Positron Emission Tomography and Rubidium 82. Am Heart J 1992, 123: 646-52.
24) Myocardial Dysfunction During Percutaneous Transluminal Coronary Angioplasty. Circulation 1990, 81 (3):Suppl IV:14-19.
25) Reversal of Prolonged Myocardial Ischemia by Intracoronary Catheter Infusion of Oxygenated Fluosol DA-20%: Report of Two Cases. Am Heart J 1990,
26) Myocardial Protection with Fluosol During PTCA: Principles and Practice. J Invasive Cardiol 1993, 5: 3A-5A.
27) The Mitigation of Ischemia in a Patient at High Risk. J Invasive Cardiol 1993, 5: 13A-15A.
28) Why Clinicians should request measured rather than estimated values of LDL cholesterol from the lab. CLP: Clinical Lab Products March 2000: Volume 29, Number 3, page 38
29) Cardiac Rupture and Tamponade as captured on ventriculography. Clinical Cardiology 2003, 26:520

TEXTBOOK CHAPTERS & REVIEW ARTICLES
1) "Postmyocardial Infarction Management and Rehabilitation". Edited by J.K. Vyden. New York, Marcel Dekker, Inc., 1983. Book Review- Yale J Biol and Med 1984,57:716-17.
2) Oxygenated Fluosol DA-20% Distal Infusion During Coronary Angioplasty. Progress in Clinical and Biological Research. Vol. 211; Transfusion Medicine: Recent Technological Advances, 1986, pages 21-27.
3) Cardiovascular Evaluation of Adolescents and Young Adults: Salient Aspects of the Examination. Postgrad Med 1986, 79:111-19.
4) Myocardial Changes During Coronary Angioplasty. Cardiology Board Review 1987, 4:17-23.
5) Myocardial Protection During PTCA. CARDIO 1987, 4:39-41.
6) Percutaneous Transluminal Coronary Angioplasty of the "Culprit Lesion" in Unstable Angina. Cardiology Board Review 1987, 4:85-98.
7) As I See It: A Case Review. Interventional Cardiology 1988, January.
8) Silent Ischemia During Coronary Angioplasty. J Angina and Silent Ischemia 1989,
9) Myocardial Protection During Coronary Angioplasty- a chapter in the textbook, Supported Complex and High Risk Coronary Angioplasty, edited by Fayaz A. Shawl,M.D.; Kluwer Academic Publishers, Boston- 1991.

ABSTRACTS
1) Treatment of Hypertension with Nitrendipine, a Calcium Channel Blocking Agent. Clin Research 1983, 31:2-337A.
2) Normal Systolic Left Ventricular Performance in Patients with Congestive Heart Failure. Circulation 1983, 68:III-101.
3) Third Heart Sound in Patients with Clinical Congestive Heart Failure and Normal Left Ventricular Systolic Performance. J Am Coll Cardiol 1984, 3:543.
4) Prognostic Impact of Normal Left Ventricular Systolic Performance in Patients with Clinical Congestive Heart Failure. Circulation 1984, 70: II-304.
5) Ischemic Regional Left Ventricular Dysfunction During Coronary Angioplasty. Clin Research 1985, 33:2-24A.

6) Multiple, Prolonged Balloon Inflations During Coronary Angioplasty Do Not Cause Regional Left Ventricular Dysfunction. Clin Research 1985, 33:2-176A.
7) Effects of ATP-MgCl2 on Coronary Blood Flow and Myocardial Oxygen Consumption. Circulation 1985, 72: III-315.
8) Fluosol DA-20% Prevents Ischemic Mechanical Dysfunction During Coronary Angioplasty. Circulation 1985, 72:III-470.
9) Coronary Angioplasty of the "Culprit Lesion" : An Alternative Approach in the Management of Unstable Angina with Multivessel Disease. J Am Coll Cardiol 1986,7:19A.
10) Attenuation of Ischemic Electrocardiographic Responses Following Multiple Balloon Inflations During Coronary Angioplasty. Clin Research 1986, 34:286A.
11) The Relevance of Angina in Determining the Severity of Ischemia During Balloon Inflation in Coronary Angioplasty. Texas Heart Institute supplement- Sept. 1986.
12) Silent Ischemia During Coronary Occlusion: Relationship to Regional Myocardial Dysfunction. Circulation 1986, 74:II-5.
13) Quantitative Reduction of Ischemia During Angioplasty. Circulation 1986, 74:II-362.
14) Functionally Directed Revascularization Using Coronary Angioplasty: An Alternative Approach in the Management of Multivessel Disease. J Am Coll Cardiol 1987, 9:15A.
15) Impact of Distal Coronary Perfusion on the Ejection Fraction Response to Balloon Inflation During PTCA. J Am Coll Cardiol 1987, 9: 69A.
16) Entrainment as a Guide for Localizing the Site of Ventricular Tachycardia. J Am Coll Cardiol 1987, 9:153A.
17) Percutaneous Angioplasty of Atherosclerotic Aortocoronary Vein Grafts. Texas Heart Institute supplement- October 1987.
18) Reduction of Ischemia During PTCA with Oxygenated Fluosol. Circulation 1987, 76: IV-27.
19) Do Fractionated Electrograms Indicate Slow Conduction ? Evidence from Pace-Mapping. Circulation 1987, 76:IV-83.


MONOGRAPHS

1) Primary Treatment of Occluded Circumflex: Dispatch Infusion Catheter Case Study. SciMed Life Systems-New Modalities. Fall 1995.
2) Real Measure, Right Decisions: Why clinicians should routinely request measured (not estimated) clinical laboratory values of LDL cholesterol. GENZYME Diagnostics. October 1999.


Updated- January 2, 2018

DANIEL WOHLGELERNTER, MD- RECORD OF DEPOSITION TESTIMONY & TRIAL TESTIMONY- 2013-2016

(all cases are from the State of California, unless stated otherwise)

(all depositions took place in California)

DEPOSITION TESTIMONY:

2013

BORGONIA v NORWALK COMMUNITY HOSPITAL-1/6/13
Berry v. DaVita- 1/24/13
MILLER v MAMO, M.D.- 1/30/13
Kane v. Memorial Care Health Systems- 1/31/13
Anagnostou v. Dr. Michaels & Trinity- 2/6/13
Liu v. College Hospita- 2/11/13
Eamer v. Soldo- 3/11/13
Jackson v. AEG- 4/9/13
Roddenberg v. Henry Ford- 4/17/13 (case from Michigan)
MANHEIM v. SPIRT- 5/8/13
WARNER v. LLUMC - 6/5/13
Paul Charboneau v Dr. Dawson, et al.-6/19/13 (Michigan)
Yacuone v. Mojares, et al.--8/14/13 (Michigan)
Linehan v. St. Mary's Medical Center – 8/30/13
Edmunds v. Cardiology Institute of Michigan- 9/11/13 (Michigan)
Mekhail v. Karney, et al.- 10/2/13
Lieto v Hunt- 10/24/13
Sims v Advantage Health- 11/6/13 (Michigan)
NEWEY v. Resurrection - 12/5/13 (Illinois)
CLAUDIA TYE v HFHS - 12/12/13 (Michigan)

2014

1) Esquivel v. Chen   date of deposition- 2/24/14
2) Gilner v. Woodstock---3/12/14
3) Castaneda v. Cedars-Sinai—5/5/14
4) Goth v. Kobashi—5/30/14
5) Crites v. Dave- 6/2/14  (Illinois)
6) Deliman v. Placentia-Linda Hospital—6/10/14
7) Greene v. Johnson- 7/23/14  (Florida)
8) Hosey Stewart v. Offill- 9/17/14
9) Banks v. West Suburban- 10/1/14 (Illinois)
10) Stewart v. Shahinian- 10/14/14
11) Weimer v. Humility of Mary-12/22/14 (Ohio)

2015

1) Lopez-Lara v. Kaiser- 1/8/15
2) Trump v. El-Bialy 1/26/15
3) Ayad Hanna v. Beaumont Hospital- 2/4/15 (Michigan)
4) Sumerall v. Kaiser 2/5/15
5) Harker v. Garrett -2/25/15 (Florida)
6) Goodwin v. Kaiser 2/26/15
7) Shulman v. Reynolds Tobacco- 3/5/15 (Florida)
8) Roberts v. Duke 3/30/15
9) Johnson v. Henry Ford Hospital-4/22/15 (Michigan)
10) Libman v. Mercury 5/4/15
11) Kuehn v. Swedish Covenant Hospital- 7/21/15 (Ilinois)
12) Mensone v. Winterfield et al.- 8/19/15- (Illinois)
13) Utter v Quinn- 8/26/15- (Michigan)
14) Libago v. Kaiser   10/8/15
15) Champine vs. Eastpointe Internists, et al.- 10/21/15- (Michigan)

2016

1) Schapira v. Takeda Pharmaceuticals- 2/10/16
2) Wilkins v. RJ Reynolds- 3/1/16 (Florida)
3) Parker Mills v. Nintendo -6/8/16
4) Baksh v. Kaiser - 6/22/16
5) Simmons/Willis v. Parvaiz- 7/6/16 (Illinois)
6) Tamer vs. Engel- 7/27/16 (Michigan)
7) Stribling- 9/6/16 (Colorado)
8) Burleson v. Desai- 10/10/16
9) Ross v. Anderson- 10/13/16
10) Rowbatham v. Kaiser- 11/16/16


TRIAL TESTIMONY

2013

1) DAY v. COUNTY of Riverside  3/19/13
2) Jackson v. AEG   5/7/13
3) Schneider v Thompson, et al   6/26/13   (St. Louis, Missouri)
4) Josephine Williams v. Brown  7/17/13  (Montgomery County, Pennsylvania)
5) Mekhail v. Dal-Tile, et al.  10/22/13

2014

1) Manheim v Spirt   1/16/14
2) Eamer v. Soldo   5/23/14
3) Gougeon v. Parks   5/28/14

2015

1) GILNER v. WOODCOCK   6/2/15
2) STEWART v. OFFILL   10/7/15
3) CAVALIER v. RJ REYNOLDS TOBACCO-12/7/15- (Florida)
4) SHULMAN v. RJ REYNOLDS TOBACCO- 12/7/15- (Florida)

2016

1) WILKINS v. RJ REYNOLDS- 8/5/16- (Florida)

# DANIEL WOHLGELERNTER, M.D.
---

2299 Century Hill
Los Angeles, CA. 90067
Phone: (310) 315-0101    Fax: (310) 492-9793
e-mail: drdan@santamonicacardiology.com


January 2, 2018

## EXPERT WITNESS- FEE SCHEDULE

* FOR REVIEW AND ANALYSIS OF MEDICAL RECORDS, DEPOSITION TRANSCRIPTS, ETC. & FOR PHONE CONFERENCES/MEETINGS;
$ 490/ hour

- RETAINER requirement: $ 3,000

* FOR APPEARANCE at DEPOSITION:
$750/hour ($1,500 minimum- must be paid in advance )

* FOR TRIAL/ARBITRATION TESTIMONY:
$4,650/ half-day + travel time & expenses

*FOR IME (INDEPENDENT MEDICAL EXAMINATION)
$750/hour ( prepayment required)