1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

# EXHIBIT A




# Detail Call For Service Report

Login ID: ██████████████   Print Date/Time: ██████████████

| From CFS: | 998 | From Date: | ████████████ | CFS Type: | All |
|---|---|---|---|---|---|
| To CFS: | 998 | To Date: | | Agency Type: | |
| Layer: All | | Areas: | All | | |

| CFS Number: | 998 | Call Date/Time: | ████████████ | Primary Incident: 2014-00005063 |
|---|---|---|---|---|



| Location: | ████████████████████████ | | Dispatch Time: | ████████ |
|---|---|---|---|---|
| Additnl Loc Info: | | | Arrive Time: | |
| Common Name: | ████████ | | Clear Date/Time: | |
| Phone: | | Nature Of Call: | DRUGS | Created By: | |
| Call Type: | | Report Required: | No | Canceled: | No |
| Status: | ████████ | Priority: | MEDIUM | Source: | PHONE |
| Police ORI: | | EMS ORI: | | Fire ORI: | |

## Person Information

| Name | Person Type | Address | Phone | Race | Sex | DOB | Age | SSN |
|---|---|---|---|---|---|---|---|---|
| ████████████████████████████████████████████ | | | | | | | | |

## Narrative, Questionnaire Responses, TDD Text

| Create Time | Created By | Narrative |
|---|---|---|
| ████████████████ | | Nature Of Call: 10-66 PERSON |
| | | SUSP RUNNING AROUND PARKING LOT ACTING VERY STRANGELY. |
| | | Dispatch received by unit P18 |
| | | Nature Of Call: DRUGS |
| | | SUSP 10-15 FOR 11550 HS. |
| | | Dispatch received by unit P13 |
| | | TRANSPORTED TO CJ BY P18 |
| | | SUSP 11-44 AT CJ.  (Narrative added to cleared call.) |

## Dispositions

| Disposition | Disposition Count |
|---|---|
| ARREST A | 1 |
| RPT* | 1 |

## Associated Areas

| Area Type Code | Description |
|---|---|
| Quadrant | |
| Station | |
| Beat | WPD |
| District | |
| Police ORI | ████████ |
| EMS ORI | |
| Fire ORI | |

**WILLITS POLICE DEPARTMENT**
**CONTROLLED DOCUMENT**
**CONFIDENTIAL INFORMATION**
**DO NOT DUPLICATE**

COW 000473



# Detail Call For Service Report



Login ID: ███████████          Print Date/Time: ███████████

| From CFS: | 998 | From Date: | ████████ | CFS Type: | All |
|---|---|---|---|---|---|
| To CFS: | 998 | To Date: | | Agency Type: | |
| Layer: All | | Areas: | All | | |

| CFS Number: | 998 | Call Date/Time: | ████████ | Primary Incident: | 2014-00005063 |
|---|---|---|---|---|---|

| Location: | ███████████ | | Dispatch Time: | ████████ |
|---|---|---|---|---|
| Additnl Loc Info: | | | Arrive Time: | |
| Common Name: | ██████ | | Clear Date/Time: | |
| Phone: | | Nature Of Call: | DRUGS | Created By: | |
| Call Type: | | Report Required: | No | Canceled: | No |
| Status: | | Priority: | MEDIUM | Source: | PHONE |
| Police ORI: | | EMS ORI: | | Fire ORI: | |

## Person Information

| Name | Person Type | Address | Phone | Race | Sex | DOB | Age | SSN |
|---|---|---|---|---|---|---|---|---|
| ████████████████████████████████████████████████████████████████████ | | | | | | | | |

## Narrative, Questionnaire Responses, TDD Text

| Create Time | Created By | Narrative |
|---|---|---|
| ████████████ | | Nature Of Call: 10-66 PERSON |
| | | SUSP RUNNING AROUND PARKING LOT ACTING VERY STRANGELY. |
| | | Dispatch received by unit P18 |
| | | Nature Of Call: DRUGS |
| | | SUSP 10-15 FOR 11550 HS. |
| | | Dispatch received by unit P13 |
| | | TRANSPORTED TO CJ BY P18 |
| | | SUSP 11-44 AT CJ.   (Narrative added to cleared call.) |

## Dispositions

| Disposition | Disposition Count |
|---|---|
| ARREST A | 1 |
| RPT* | 1 |

## Associated Areas

| Area Type Code | Description |
|---|---|
| Quadrant | |
| Station | |
| Beat | WPD |
| District | |
| Police ORI | ████████ |
| EMS ORI | |
| Fire ORI | |



WILLITS POLICE DEPARTMENT
CONTROLLED DOCUMENT
CONFIDENTIAL INFORMATION
DO NOT DUPLICATE

Page: 1 of 9

COW 000474

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

# EXHIBIT B

# WILLITS POLICE DEPARTMENT

CASE REPORT

CASE# 2014-00005063

125 E. Commercial Street, Suite 150
Willits, CA 95490

**EVENT**

| REPORTED DATE/TIME | ██████ | | OCCURRED INCIDENT TYPE |
|---|---|---|---|
| | | | DRUG INVESTIGATION |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | L | ████████ |
| ██████ ████ | █████ ████ | ██████████ | |

**OFFENSES**

| | STATUTE/DESCRIPTION | ATTEMPT/COMMIT |
|---|---|---|
| | 11550(A) HS-M | |
| | UNDER THE INFLUENCE OF CONTROLLED SUBSTANCE | COMMITTED |
| | | |
| | | |
| | | |
| | | |

**SUBJECT**

████████████████████████████████████████████████

EMPLOYER NAME AND ADDRESS

**SUBJECT**

| SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | PRIMARY PHONE | |
|---|---|---|---|---|---|---|
| ADDRESS (STREET, CITY, STATE, ZIP) | | | | | PHONE #2 | |
| DOB | AGE or AGE RANGE | SEX | RACE | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | | SSN | ALIAS (LAST, FIRST, MIDDLE) | | |
| EMPLOYER NAME AND ADDRESS | | | | | | |

**SUBJECT**

| SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | PRIMARY PHONE | |
|---|---|---|---|---|---|---|
| ADDRESS (STREET, CITY, STATE, ZIP) | | | | | PHONE #2 | |
| DOB | AGE or AGE RANGE | SEX | RACE | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | | SSN | ALIAS (LAST, FIRST, MIDDLE) | | |
| EMPLOYER NAME AND ADDRESS | | | | | | |

WILLITS POLICE DEPARTMENT
CONTROLLED DOCUMENT
CONFIDENTIAL INFORMATION
DO NOT DUPLICATE

| REPORTING OFFICER | | DATE | REVIEWED BY | |
|---|---|---|---|---|
| ██████████ | | ██████ | ████████ ████ | |

**WILLITS POLICE DEPARTMENT**
CASE REPORT
125 E. Commercial Street, Suite 150
Wilits, CA 95490

CASE# 2014-00005063

**NARRATIVE**

INVESTIGATION:

WILLITS POLICE DEPARTMENT

| REPORTING OFFICER | | DATE | REVIEWED BY | |
|---|---|---|---|---|

CONTROLLED DOCUMENT
CONFIDENTIAL INFORMATION
DO NOT DUPLICATE

WPD Case Rpt 2014-00005063 Page 2 OF 3

# WILLITS POLICE DEPARTMENT

CASE REPORT

125 E. Commercial Street, Suite 150

Wilts, CA 95490

CASE# 2014-00005063

NARRATIVE (continuation)

Case closed.

**WILLITS POLICE DEPARTMENT**

**CONTROLLED DOCUMENT**

**CONFIDENTIAL INFORMATION**

**DO NOT DUPLICATE**

| REPORTING OFFICER | | DATE | REVIEWED BY | |
|---|---|---|---|---|
| | | | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

# EXHIBIT C

1                  UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                           ---oOo---

4

5    JAMES NEUROTH, Individually and
     as Successor in Interest of
6    Decedent STEVEN KELLOGG NEUROTH,

7              Plaintiff,

8    vs.                                  No. 1:15-cv-03226-RS

9    MENDOCINO COUNTY, a public entity;
     MENDOCINO COUNTY SHERIFF-CORONER
10   THOMAS D. ALLMAN, in his individual
     and official capacities;
11
     (CAPTION CONTINUED)
12

13

14      VIDEOTAPED DEPOSITION OF DEPUTY JEFFREY ANDRADE

15

16

17            Taken before MICHELE J. LUCAS

18                  CSR No. 4017

19                August 25, 2017

20

21

22
              Aiken Welch Court Reporters
23            One Kaiser Plaza, Suite 250
              Oakland, California 94612
24          (510) 451-1580/(877) 451-1580
                 Fax:  (510) 451-3797
25               www.aikenwelch.com











1















1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES NEUROTH, Individually and as
Successor in Interest of Decedent
STEVEN KELLOGG NEUROTH,

             Plaintiff,                CASE NO.
                                          1:15-cv-03226-RS

-vs-

MENDOCINO COUNTY, a pubic entity;
MENDOCINO COUNTY SHERIFF-CORONER
THOMAS D. ALLMAN, in his
individual and official
capacities; CORRECTIONS CAPTAIN
TIM PEARCE; SERGEANT LORI KNAPP;
DEPUTY FRANK MASTERSON; DEPUTY
CRAIG BERNARDI; DEPUTY MICHAEL
GRANT; DEPUTY JEANETTE HOLUM;
DEPUTY ROBERT PAGE; DEPUTY
CHRISTINE DE LOS SANTOS; CITY OF
WILLITS, a pubic entity; WILLITS
POLICE OFFICER KEVIN LEEF;
CALIFORNIA FORENSIC MEDICAL GROUP,
INCORPORATED, a California
corporation; TAYLOR FITHIAN, M.D.;
JENNIFER L. CAUDILLO, L.V.N., and
COUNTY DEPUTIES DOES 9-20, and
DOES 23-35, individually, jointly,
and severally,

             Defendants.
_____/

**CERTIFIED TRANSCRIPT**

VIDEOTAPED DEPOSITION OF KEVIN LEEF

Taken before KAREN A. CRANGLE
Certified Shorthand Reporter
State of California
C.S.R. License No. 3816

October 20, 2016





1

71


CRANGLE
REPORTING SERVICES







1

93



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

# EXHIBIT E

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


JAMES NEUROTH, Individually and as
Successor in Interest of Decedent
STEVEN KELLOGG NEUROTH,

              Plaintiff,

-vs-

MENDOCINO COUNTY, a pubic entity;
MENDOCINO COUNTY SHERIFF-CORONER
THOMAS D. ALLMAN, in his
individual and official
capacities; CORRECTIONS CAPTAIN
TIM PEARCE; SERGEANT LORI KNAPP;
DEPUTY FRANK MASTERSON; DEPUTY
CRAIG BERNARDI; DEPUTY MICHAEL
GRANT; DEPUTY JEANETTE HOLUM;
DEPUTY ROBERT PAGE; DEPUTY
CHRISTINE DE LOS SANTOS; CITY OF
WILLITS, a pubic entity; WILLITS
POLICE OFFICER KEVIN LEEF;
CALIFORNIA FORENSIC MEDICAL GROUP,
INCORPORATED, a California
corporation; TAYLOR FITHIAN, M.D.;
JENNIFER L. CAUDILLO, L.V.N., and
COUNTY DEPUTIES DOES 9-20, and
DOES 23-35, individually, jointly,
and severally,

              Defendants.

_____/

**CERTIFIED TRANSCRIPT**

CASE NO.
1:15-cv-03226-RS


VIDEOTAPED

DEPOSITION OF LORRIE ANN KNAPP


Taken before KAREN A. CRANGLE
Certified Shorthand Reporter
State of California
C.S.R. License No. 3816


September 13, 2016





67





67



PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT F

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3

4    JAMES NEUROTH, Individually      )
     and as Successor in Interest     )
5    of Decedent STEVEN KELLOGG       )
     NEUROTH,                         )
6                                     )
                   Plaintiff,         )
7                                     )
              vs.                     )    No.
8                                     )    3:15-cv-03226-RS
     Mendocino County, a public       )
9    entity, et al.,                  )
                                      )
10                 Defendants.        )
     _____)
11
        (FULL CAPTION ON NEXT PAGE)
12

13

14            DEPOSITION OF LARISSA MOONEY, M.D.

15                 SANTA MONICA, CALIFORNIA

16                   FEBRUARY 13, 2018

17

18   ATKINSON-BAKER, INC.
     COURT REPORTERS
19   www.depo.com
     (800) 288-3376
20

21

22   REPORTED BY:  CHRISTINA M. LOPEZ, CSR NO. 13048

23   FILE NO.:  AB0DD70

24

25

Atkinson-Baker Court Reporters
www.depo.com



03:44:08

78

Larissa Mooney M.D.
February 13, 2018

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

# EXHIBIT G

CERTIFIED
COPY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                - - - -

4

5  JAMES NEUROTH, et al.,    )
                         )
6          Plaintiffs,  )
                         )
7    vs.              )  No. 3:15-CV-03226-RS(NJV)
                         )
8  MENDOCINO COUNTY, et al.   )
                         )
9          Defendants.  )
   ---------------------------)

10

11

12

13

14

15                 - - - -

16          DEPOSITION OF JAMES NEUROTH

17  Held at the Offices of Verbatim Reporting Service

18  141 Stony Circle, Suite 240, Santa Rosa, California

19       Friday, September 9, 2016, 10:03 a.m.

20                 - - - -

21

22

23

24

25



**Verbatim**

A COMPUTERIZED REPORTING SERVICE
(707) 575-1819 • (800) 634-4311 • FAX (707) 575-8541

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

# EXHIBIT H

UNIVERSITY OF CALIFORNIA, LOS ANGELES  UCLA

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO     SANTA BARBARA • SANTA CRUZ

UCLA Integrated Substance Abuse Programs (ISAP)
Department of Psychiatry and Biobehavioral Sciences
David Geffen School of Medicine at UCLA
11075 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025-7535
(310) 267-5419, Fax (310) 473-7885

November 29, 2017

Julia Sherwin
Haddad & Sherwin
505 Seventeenth Street
Oakland, CA 94612
Tel: (510) 452-5500
Fax: (510) 452-5510

Dear Ms. Sherwin,

    I am writing to provide expert review and opinions on the case of *Neuroth. v. Mendocino County,* focusing on the issues of methamphetamine intoxication and schizophrenia.





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

# EXHIBIT I

CERTIFIED
COPY

1

2

3

4

5

6

7                                    -   -   -   -

8                          AUDIO TRANSCRIPTION

9                          ██████████████████████

10                                   -   -   -   -

11

12

13

14

15

16

17

18

19

20

21

22

23     Transcribed by:
       Michelle Murray, CSR
24     License No. 13896

25

**Verbatim**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25







1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Verbatim**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Verbatim**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25











1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25







1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



**Verbatim**

A COMPUTERIZED REPORTING SERVICE
(707) 575-1819 • (800) 634-4311 • FAX (707) 575-8541

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25











1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25









**Verbatim**





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25







39



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



1

2

3

4

5          I, MICHELLE MURRAY, Certified Shorthand

6    Reporter, License No. 13896, hereby certify that I have

7    transcribed to the best of my ability the proceedings

8    herein.

9          I further certify that I am not of counsel nor

10   attorney for either of the parties to said proceedings

11   nor in any way interested in the outcome of the cause

12   named in the caption.

13         IN WITNESS WHEREOF, I have hereunto set my

14   hand this 6th day of December, 2017.

15

16

17

18

19                          

20

21                  _____

22                        Michelle Murray, CSR
                          License No. 13896
23

24

25

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT J

November 30, 2017

Peter Bertling
Bertling & Clausen, LLP
15 W. Carrillo Street, Suite 100
Santa Barbara, CA 93101

RE: Neuroth v California Medical Group Companies, Inc.

Dear Mr. Bertling,

I.    I, Neal L Benowitz MD, am Professor of Medicine and Bioengineering & Therapeutic
     Sciences and Chief, Division of Clinical Pharmacology and Medical Toxicology at the
     University of California San Francisco.  My clinical practice is at the Zuckerberg San
     Francisco General Hospital, where I focus on cardiovascular medicine, medical
     toxicology and clinical pharmacology. I am a consultant to the California Poison Control
     Center, which is based in my Division. I have had extensive experience with patients
     with drug overdoses, including methamphetamine overdoses, as well as with issues
     concerning sudden cardiac death. I have taught and written about drug overdoses,
     including stimulant drug overdoses. A copy of my curriculum vitae, which includes
     citations to my publications is attached.

II.   A list of cases in which I have testified in deposition and trial in the past four years is
     attached.

III.  

IV.

