1  DAVID F. BEACH, ESQ. (SBN 127135)
   SCOTT A. LEWIS, ESQ. (SBN 149094)
2  PERRY, JOHNSON, ANDERSON,
   MILLER & MOSKOWITZ, LLP
3  438 First Street, Fourth Floor
   Santa Rosa, CA 95401
4  Telephone: (707) 525-8800
   Facsimile: (707) 545-8242
5
   Attorney for Defendants
6  CITY OF WILLITS, a public entity;
   WILLITS POLICE CHIEF GERARDO GONZALEZ;
7  WILLITS POLICE OFFICER JEFF ANDRADE;
   WILLITS POLICE OFFICER KEVIN LEEF
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEUROTH, Individually and as Successor in Interest of Decedent STEVEN KELLOGG NEUROTH,<br><br>Plaintiff(s),<br><br>vs.<br><br>MENDOCINO COUNTY, a public entity; MENDOCINO COUNTY SHERIFF-CORONER THOMAS D. ALLMAN, individually; CORRECTIONS CAPTAIN TIM PEARCE; SERGEANT LORI KNAPP; DEPUTY FRANK MASTERSON; DEPUTY CRAIG BERNARDI; DEPUTY MICHAEL GRANT; DEPUTY JEANETTE HOLUM; DEPUTY ROBERT PAGE; DEPUTY CHRISTINE DE LOS SANTOS; CITY OF WILLITS, a public entity; WILLITS POLICE CHIEF GERARDO GONZALEZ; WILLITS POLICE OFFICER KEVIN LEEF; WILLITS POLICE OFFICER JEFF ANDRADE; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; TAYLOR FITHIAN, M.D.; BARBARA COTTON, R.N.; ELAINE HUSTEDT; YVONNE MAXFIELD, R.N.; CLAIRE TESKE, R.N.; JENNIFER L. CAUDILLO, L.V.N., and COUNTY DEPUTIES DOES 9–20, and DOES 23–35, individually, jointly, and severally,<br><br>Defendant(s). | CASE No. 3:15-CV-03226-RS<br><br>**DECLARATION OF KEVIN LEEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; OR ALTERNATIVELY SUMMARY ADJUDICATION OF ISSUES**<br><br>Complaint Filed: July 10, 2015<br>FAC Filed: October 21, 2015<br>SAC Filed: February 16, 2016<br>TAC Filed: June 8, 2016<br>4th AMND Filed: April 21, 2017<br><br>Trial Date: January 7, 2019 |

1
DECLARATION OF KEVIN LEEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; OR ALTERNATIVELY SUMMARY ADJUDICATION OF ISSUES

3:15-CV-03226-RS

I, Kevin Leef, declare:

1. That on June 10, 2014, I was a Willits Police Officer. I responded to the call involving Steven Neuroth pursuant to a radio dispatch call. Attached to the declaration of Scott Lewis is a true and correct copy of the dispatch call which I received. Dispatch calls are recorded by our office on a routine basis in the normal course of business of the police department. On occasion, Officers will request copies of the dispatch recording through the dispatch center. This is a copy of the dispatch call I received. Attached also the declaration of Scott Lewis is a copy of the written dispatch called a call for service report. These documents are computer entered by Willits staff and retrievable by officers.

2. Pursuant to our Department's Policy, I was issued an Audio Recorder which was intended to assist officers in the performance of their duties by providing an unbiased audio record of a contact.

3. There was no department requirement that the Audio Recorder be turned on for every encounter, however on June 10, 2014 I turned the Audio Recorder on when responding to a dispatch call for a subject running in traffic.

4. I encountered Mr. Neuroth and recorded the interaction. This audio is being submitted as Exhibit L in support of the Motion for Summary Judgment.

5. I can positively identify my voice on the recording.

6. I can positively identify the other responding officer, Jeff Andrade's, voice on the recording.

7. I have also viewed the video recording taken by the Mendocino County Sheriff's Department on June 10, 2014. I recognize myself in the video wherein I drove the Willits Police Car into the Sheriff's sally port. I am the only Willits Police Officer in this video and dressed that day in my standard Willits Police uniform.

/ / /
/ / /
/ / /
/ / /

PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct. Executed this 23 day of May 2018 at Santa Rosa, California.

4  DATED: May 23, 2018

   KEVIN LEEF