| | |
|---|---|
| Anne L. Keck, SBN 136315<br>KECK LAW OFFICES<br>418 B Street, Suite 206<br>Santa Rosa, California 95401<br>Telephone: (707) 595-4185<br>Facsimile: (707) 657-7715<br>Email: akeck@public-law.org<br><br>Attorneys for Defendants the<br>County of Mendocino and<br>Mendocino County Sheriff-<br>Coroner Thomas Allman,<br>Capt. Timothy Pearce, Lorrie Knapp,<br>Frank Masterson, Craig Bernardi,<br>Michael Grant, Jeanette Holum,<br>Robert Page, & Christine De Los Santos | John W. Patton, Jr., *Pro Hac Vice*<br>Stephen R. Niemeyer, SBN 203162<br>Kathleen M. Kunkle, SBN 222800<br>Kathryn R. Vaughan, *Pro Hac Vice*<br>PATTON & RYAN LLC<br>330 North Wabash Ave., Suite 3800<br>Chicago, Illinois 60611<br>Telephone: (312) 261-5160<br>Facsimile: (312) 261-5161<br>Emails: jpatton@pattonryan.com<br>sniemeyer@pattonryan.com<br>kkunkle@pattonryan.com<br>kvaughan@pattonryan.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEUROTH, *et al.,*<br><br>    Plaintiffs,<br><br>  v.<br><br>MENDOCINO COUNTY, *et al.*,<br><br>    Defendants. | Case No. 3:15-CV-03226-RS<br><br>**DECLARATION OF KATHLEEN M. KUNKLE RE: COUNTY DEFENDANTS' EXPERT WITNESSES IN SUPPORT OF COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         August 2, 2018<br>Time:        1:30 p.m.<br>Courtroom:  3, 17th Floor<br><br>Complaint Filed:  July 10, 2015<br>Trial Date:          January 7, 2019 |

I, KATHLEEN M. KUNKLE hereby declare as follows:

1.  I am an attorney duly licensed to practice in the State of California and before the United States District Court for the Northern District of California, and a member in good standing of these bars. I submit this declaration in support of the County Defendants' Motion for Summary Judgment. The matters set forth herein are based on my own personal knowledge or information and belief, as indicated, and if called to testify in this matter, I could and would competently testify thereto.

2.  I am one of the attorneys of record for the County Defendants and each of them, (the County of Mendocino; Mendocino County Sheriff-Coroner Thomas D. Allman; Timothy Pearce;

Lorrie Knapp; Frank Masterson; Craig Bernardi; Michael Grant; Jeanette Holum; Robert Page; and Christine De Los Santos). I have personal knowledge of the documents produced through discovery in this case, as well as the discovery completed to date in this case.

3. Under Federal Rule of Civil Procedure 26(a)(2), the County Defendants disclosed the following retained expert witnesses on November 30, 2017: John G. Peters, Jr., Ph.D., CLS, CTC; and David Kan, M.D., D.F.A.S.A.M.

4. On January 16, 2018, the County Defendants served their supplemental/rebuttal expert witness disclosures on all parties, pursuant to Federal Rule of Civil Procedure 26(a)(2). In addition to the two experts previously disclosed (Dr. John Peters and Dr. David Kan), the County Defendants disclosed the following additional retained expert witnesses: Gary M. Vilke, M.D.; and Lenard Vare, among others.

5. Attached hereto and incorporated herein as **Exhibit A** is a true and correct copy of relevant excerpts of the deposition testimony of Dr. John Peters, as taken in this case, including the following:

   a. Dr. Peters' final initial report, disclosed in this action on November 30, 2017, which was attached to his deposition transcript as Exhibit 1;

   b. Dr. Peters' final supplemental/rebuttal report, disclosed in this action on January 16, 2018, which was attached to his deposition transcript as Exhibit 4;

   c. The attached relevant deposition testimony excerpts verify these two reports were a complete statement of Dr. Peters' opinions and the bases therefor, and that all of his opinions rendered up to that point were included in his final initial report (**Exh. A**, at 12, ln. 12-20), is a complete statement of his opinions and contains all of his opinions rendered up to that point. (**Exh. A**, at 13, ln. 9-18); and

   d. Dr. Peters' curriculum vitae, attached as Exhibit 3 to his deposition. The attached relevant deposition testimony excerpts verify Dr. Peter' curriculum vitae, as attached to his deposition as Exhibit 3, was current and complete as of the time of his deposition. (**Exh. A**, at 9, ln. 13-15; at 12, ln. 4-6; see Exh. 3 to **Exh. A**).

1       6.     Attached hereto and incorporated herein as **Exhibit B** is a true and correct copy of relevant excerpts of the deposition testimony of Dr. David Kan, as taken in this case, including the following:

        a.   Dr. Kan's final initial report, disclosed in this action on November 30, 2017, which was attached to his deposition transcript as Exhibit 3;

        b.   Dr. Kan's final supplemental/rebuttal report, disclosed in this action on January 16, 2018, containing his current curriculum vitae, which was attached to his deposition transcript as Exhibit 9; and

        c.   The attached relevant deposition testimony excerpts verify these two reports were a complete statement of Dr. Kan's opinions and the bases therefor, and that all of his opinions rendered up to that point were included in his final initial report (**Exh. B**, 9-10, ln. 12-25, 1-2; at 48, ln. 5-7; at 114, ln. 7-10) and his final supplemental/rebuttal report, and that Dr. Kan's curriculum vitae was complete and accurate. (**Exh. B** at 10, ln. 3-10).

      7.     Attached hereto and incorporated herein as Exhibit C is a true and correct copy of relevant excerpts of the deposition testimony of Dr. Gary Vilke, as taken in this case, including the following:

        a.   Dr. Vilke's final rebuttal report, disclosed in this action on January 16, 2018, which was attached to his deposition transcript as Exhibit 1;

        b.   The attached relevant deposition testimony excerpts verify these this report was a complete, accurate, and full report of all of his opinions and the bases therefore in this case. (**Exh. C**, at 8, ln. 7-13; at 10, ln. 16-19); and

        c.   The attached relevant deposition testimony excerpts of Dr. Vilke verify his curriculum vitae, attached to his deposition transcript as Exhibit 2, was was current, accurate and complete. (**Exh. C**, at 10-11, ln. 20-25, 1-7; Exh. 2 to **Exh. C**).

      8.     Attached hereto and incorporated herein as **Exhibit D** is a true and correct copy of relevant excerpts of the deposition testimony of Lenard Vare, as taken in this case, including the

following:

    a. Mr. Vare's final rebuttal report, including his qualifications and disclosed in this action on January 16, 2018, which was attached to his deposition as Exhibit 2; and

    b. The attached relevant deposition testimony excerpts of Mr. Vare verify that his final rebuttal report was a complete statement of his opinions rendered in this case up to that point. (**Exh. D**, at 12, ln. 11-13; at 12-13, ln. 22-25, 1-10; at 13-14, ln. 18-25, 1-2; Exh. 2 to **Exh. D**).

9. In addition, attached hereto and incorporated herein as **Exhibit E** is a true and correct copy of relevant excerpts of the deposition testimony of Jennifer L. Caudillo taken in this action.

10. I have personal knowledge of the documents and underlying facts surrounding said documents, as stated herein and could competently testify thereto if called as a witness herein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of May, 2018, in Chicago, Illinois.

\_\_\_\_/s/_____
KATHLEEN M. KUNKLE