Anne L. Keck, SBN 136315
KECK LAW OFFICES
418 B Street, Suite 206
Santa Rosa, California 95401
Telephone: (707) 595-4185
Facsimile: (707) 657-7715
Email: akeck@public-law.org

Attorneys for Defendants the County of Mendocino and Mendocino County Sheriff-Coroner Thomas Allman, Capt. Timothy Pearce, Lorrie Knapp, Frank Masterson, Craig Bernardi, Michael Grant, Jeanette Holum, Robert Page, & Christine De Los Santos

John W. Patton, Jr., *Pro Hac Vice*
Stephen R. Niemeyer, SBN 203162
Kathleen M. Kunkle, SBN 222800
Kathryn R. Vaughan, *Pro Hac Vice*
PATTON & RYAN LLC
330 North Wabash Ave., Suite 3800
Chicago, Illinois 60611
Telephone: (312) 261-5160
Facsimile: (312) 261-5161
Emails: jpatton@pattonryan.com
sniemeyer@pattonryan.com
kkunkle@pattonryan.com
kvaughan@pattonryan.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEUROTH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MENDOCINO COUNTY, *et al.*,<br><br>Defendants. | Case No. 3:15-CV-03226-RS<br><br>**DECLARATION OF KATHLEEN M. KUNKLE RE: PLAINTIFF'S EXPERT WITNESSES IN SUPPORT OF COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: August 2, 2018<br>Time: 1:30 p.m.<br>Courtroom: 3, 17th Floor<br><br>Complaint Filed: July 10, 2015<br>Trial Date: January 7, 2019 |

I, KATHLEEN M. KUNKLE hereby declare as follows:

1. I am an attorney duly licensed to practice in the State of California and before the United States District Court for the Northern District of California, and a member in good standing of these bars. I submit this declaration in support of the County Defendants' Motion for Summary Judgment. The matters set forth herein are based on my own personal knowledge or information and belief, as indicated, and if called to testify in this matter, I could and would competently testify thereto.

2. I am one of the attorneys of record for the County Defendants and each of them (the County of Mendocino; Mendocino County Sheriff-Coroner Thomas D. Allman; Timothy Pearce;

Lorrie Knapp; Frank Masterson; Craig Bernardi; Michael Grant; Jeanette Holum; Robert Page; and Christine De Los Santos). I have personal knowledge of the documents produced through discovery in this case, as well as the discovery completed to date in this case.

3. On November 30, 2017, Plaintiff disclosed the following retained expert witnesses, among others, pursuant to Federal Rule of Civil Procedure 26(a)(2): Michael Baden, M.D.; Richard Hayward, Ph.D.; and John Ryan.

4. In conjunction with Plaintiff's expert witness disclosures made on November 30, 2017, Plaintiff served the final initial reports of his disclosed expert witnesses on all other parties.

5. On January 12, 2018, Plaintiff served his supplemental/rebuttal expert witness disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(2). However, none of these three witnesses, Dr. Baden, Dr. Hayward, and Mr. Ryan, were designated in Plaintiff's supplemental/rebuttal disclosures.

6. Attached hereto and incorporated herein as **Exhibit F** is a true and correct copy of relevant excerpts of the deposition transcript of Dr. Michael Baden, as taken in this case, including the following:

a. Dr. Baden's final initial report (relevant portions of which are attached hereto), which was attached to his deposition transcript as Exhibit 1;

b. Relevant portions of Dr. Baden's deposition transcript veriying thta this report was a true and correct statement of his opinion; and

c. Other relevant poritions of his deposition transcript, attached hereto, which are referenced in County Defendants' Motion for Summary Judgment (**Exh. F**, at 25, ln. 12-13, 15-17; at 26, ln. 17-20; at 28-29, ln. 19-25, 1-4).

7. Attached hereto and incorporated herein as **Exhibit G** is a true and correct copy of relevant excerpts of the deposition transcript of Dr. Richard Hayward, as taken in this case, including the following:

a. Dr. Hayward's final initial report (relevant portions of which are attached hereto), which was attached to his deposition transcript as Exhibit 1; and

b. The attached relevant deposition transcript excerpts verifying this report was a complete statement of Dr. Hayward's opinions in this case and the bases therefor. (Exh. G, at 50, ln. 8-14; at 113, ln. 8-17).

8. Attached hereto and incorporated herein as **Exhibit H** is a true and correct copy of relevant excerpts of the deposition transcript of Mr. John Ryan, as taken in this case, including the following:

a. Mr. Ryan's final initial report (relevant portions of which are attached hereto), which was attached to his deposition transcript as Exhibit 2; and

b. The attached relevant deposition transcript excerpts verify this report was a complete statement of Mr. Ryan's opinions in this case and the bases therefor. (**Exh. H**, at 13, ln. 8-9, 12-15; at 24, ln. 3-12).

9. I have personal knowledge of the documents and underlying facts surrounding said documents, as stated herein and could competently testify thereto if called as a witness herein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24st day of May, 2018, in Chicago, Illinois.

*/s/ Kathleen M. Kunkle*

KATHLEEN M. KUNKLE