MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiff James Neuroth

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEUROTH, Individually and as Successor in Interest of Decedent STEVEN KELLOGG NEUROTH,<br><br>  Plaintiff,<br>  vs.<br><br>MENDOCINO COUNTY, a public entity; MENDOCINO COUNTY SHERIFF-CORONER THOMAS D. ALLMAN, in his individual and official capacities; CORRECTIONS CAPTAIN TIM PEARCE; SERGEANT LORI KNAPP; DEPUTY FRANK MASTERSON; DEPUTY CRAIG BERNARDI; DEPUTY MICHAEL GRANT; DEPUTY JEANETTE HOLUM; DEPUTY ROBERT PAGE; DEPUTY CHRISTINE DE LOS SANTOS; CITY OF WILLITS, a public entity; WILLITS POLICE CHIEF GERARDO GONZALEZ; WILLITS POLICE OFFICER JEFF ANDRADE; WILLITS POLICE OFFICER KEVIN LEEF; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INCORPORATED, a Delaware Corporation; TAYLOR FITHIAN, M.D.; BARBARA COTTON, R.N.; ELAINE HUSTEDT; YVONNE MAXFIELD, R.N.; CLAIRE TESKE, R.N.; JENNIFER L. CAUDILLO, L.V.N., and COUNTY DEPUTIES DOES 9–20, and DOES 23–35, individually, jointly, and severally,<br><br>  Defendants. | No: 3:15-cv-03226-RS<br><br>**PLAINTIFF'S COMBINED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT**<br><br>Date: August 9, 2018<br>Time: 1:30 p.m.<br>Hon.: Richard Seeborg |

# BRIEF FILED UNDER SEAL

### CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that Defendants' motions for summary judgment be denied.

Dated:  July 5, 2018					HADDAD & SHERWIN LLP

							/s/  Michael J. Haddad
							Michael J. Haddad
							Julia Sherwin
							Maya Sorensen
							Attorneys for Plaintiff