# EXHIBIT 18



MENDOCINO COUNTY SHERIFF-CORONER
951 Low Gap Road
Ukiah, CA 95482-3797

# DEATH INVESTIGATION REPORT

Name of Decedent: STEVE NEUROTH          Coroner's Case #: 2014- 0151

**PERSONAL INFORMATION:** Sex: MALE      Race: WHITE      Age: 55   DOB: 12/1/1958   Ht: 5 11  Wt: 185

Address of Decedent: 148 GIBSON St 16          City/State: UKIAH, CA          Zip: 95482

Birthplace: SAN JOSE, CA          Marital Status: ☐ Never Married ☐ Married ☐ Widower ☐ Divorced ☒ Unknown

Occupation: UNKNOWN          Social Security #: 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          Alien Registration #:

Legal Next-of-Kin : MARA NEUROTH          Relationship: IN-LAW - SIBLING

Address of Next-of-Kin : 46480 MEADOW, Ln     City/State: Laytonville, CA     Zip: 95454-     Telephone #: (707)984-6487

**DEATH INFORMATION:** Date of Death: 06/11/2014     Time of Death: 00:46     ☒ Pronounced   ☐ Found

Place of Death: *(Home, Factory, Office, Farm, Etc)* HOSPITAL          If Hospital, specify one: IP, ER/OP, DOA : ER

Address of Death: 275 HOSPITAL Dr          City/State: UKIAH, CA          Zip: 95482

Person Reporting Death: JEANETTE HOLUM          Telephone #:(707)463-4411   Date: 06/11/2014 Time: 00:06

Mortuary: EVERSOLE MORTUARY          City: UKIAH          Telephone #: (707)462-2206

**ADDITIONAL INFORMATION:** *(Fill in if death is suspected to be other than natural)*

Place of Injury: *(Home, Factory, Office, Farm, Etc.)*

Location and/or Address:          City:

Date of Injury:          Hour of Injury:          Occurred While at Work: ☐ Yes   ☐ No  (Gainful employment, only.)

Brief explanation of how injury occurred:

Deputy Sheriff-Coroner, ID#   MOORE, ROBERT A94-Z14          Reviewing Supervisor, ID#  vanhagnj|VAN HAGEN, JAMES|6/11/

---

### OFFICE USE ONLY

Post Mortem: Examination By: A. Jay Chapman, MD          Date 6/12/14   Time: 0824 hrs
OR                              Pathologist
Medical Records of Doctor:          City:

After official investigation, I find the *Cause of Death* to be:  A) METHAMPHETAMINE TOXICITY ASSOCIATED
WITH VIOLENT STRUGGLE (any contributory role of
*Classification:*  ACCIDENT          restraint asphyxia unascertainable)

*Thomas Allman*
*Sheriff-Coroner*

I hereby Certify this Document is a
true Copy of the Original on file in
this office. Date 7/22/14
THOMAS D. ALLMAN, SHERIFF-CORONER
By _____ #2693 Deputy

Chief Deputy Coroner          ID#          Date
SGT. SCOTT POMA          #2294          7/18/14

Rev 1/10          Form CoronerReport2010

SO Coroner Rpt 2014-00015060 Page 1 OF 1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

County of Mendocino
Office of Sheriff-Coroner
951 Low Gap Road
Ukiah, California 95482

Telephone (707) 463-4411

A. Jay Chapman, MD
Forensic Pathologist

## Report of Autopsy

| | | | |
|---|---|---|---|
| NAME: | NEUROTH, STEVEN KELLOG | CASE NO | 076U-2014 |
| AGE: 55 | GENDER: Male | RACE/ETHNICITY: | Caucasian |
| DATE OF BIRTH: 1958-12-01 | DATE OF DEATH: 2014-06-11 | HOUR OF DEATH: | Pr 00:46 |
| HOUR AND DATE OF AUTOPSY: | 08:24, 2014-06-12, Eversole Mortuary, Ukiah | | |

### Findings

1. Blunt force injuries (contusions, abrasions, avulsions), widespread.
2. Fracture, costochondral, left fifth rib.
3. General visceral passive hyperemia.
4. Petechiae, epicardial, focal.
5. Fluidity of blood.
6. Laboratory findings, significant:
   a. Methamphetamine            1100ng/mL
   b. Amphetamine                40 ng/mL
   c. D/L methamphetamine ratio  23
   d. Caffeine                   Positive

MENDOCINO COUNTY
JUL 17 2014
SHERIFF'S OFFICE

I hereby Certify this Document is a
true Copy of the Original on file in
this office. Date 7/22/14
THOMAS D. ALLMAN, SHERIFF-CORONER
By _Craig_ # 2693 _ Deputy

---

**Probable Cause of Death:** Methamphetamine toxicity associated with violent struggle (any contributory role of restraint asphyxia unascertainable).

2014-07-14

Neuroth, Steven Kellog                         076U -2014                                   Page **2**

## EXTERNAL EXAMINATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *WEIGHT:* | 156 lb | *LENGTH:* | 71 in | | *HAIR:* | White and slight brown, 6–7 inches | |
| *IRIDES:* | Hazel | *PUPILS:* | *O.D.* 4 mm | *O.S.* 4 mm | *ANOMALIES:* | | None observed |
| *MUSTACHE:* | Wh/Brn—Several day growth | | *BEARD:* | Wh/Brn—Several day growth | | *CIRCUMCISION:* | Yes |
| *RIGOR MORTIS:* | Fully developed | | *LIVOR MORTIS:* | Purple, posterior, refrigerator effect | | | |

The unclad body is that of an essentially normally developed and normally nourished Caucasian male appearing much older than the stated age of 55 years. The body was wrapped in bed sheet and blanket and contained in a sealed red body bag with a blue, numbered tag.

An endotracheal tube, defibrillator electrodes, an intravenous cannula into the right antecubital vein, a needle without attachment into the cephalic vein of the right arm superior to the antecubital fossa at the junction of the middle and distal thirds, and an intraosseous needle into the proximal anteromedial right tibia with an attached plastic bag of normal saline are observed.

On the mid lateral right arm is a 5.5-x-up-to-2-inch tattoo, indecipherable to all observers, is distorted and very dark. In a contralateral position is an approximately circular 2.25-inch diameter similarly indecipherable tattoo.

There are no petechiae of the sclerae, the periorbital regions, or the facial skin.

In the left neck approximately two inches left from the anterior midline and approximately 1.5 inches superior to the clavicle is a faint punctate abrasion associated with a 1.5 inch imprint that is not associated with contusion as demonstrated by incision of the lesion.

On the sole of the right foot overlying the distal second and third metatarsal is a 0.5-inch dark brown mini-horseshoe-shaped focus that is dark brown and proximal to which is an area of superficial skin denudation. Considered together this lesion appears to be a resolving region of superficial hemorrhage of the sole—a "blood blister" appearance.

Ventrolateral to the calcaneus on the right sole is a somewhat similar appearing lesion with abrasion and brown discoloration involving a one-inch focus. This lesion has some black appearing bits of material on the surface that do not scrub off easily and that reveal a possible imprint of a sock or some mini-rough-surfaced material. A similar lesion is noted in a contralateral position on the left foot but is slightly larger and has adjacent minimal dried blood.

Various scattered blunt force injuries are present in scattered areas of the body: (All injuries appear fresh, unless otherwise indicated.)

**Head and anterior torso**

Covering the right zygoma is a 1 by approximately 0.75-inch contusion.

In the right lateral clavicular line in the skin overlying the lateral pectoralis muscle is an irregular area of slight contusions covering a focus to two inches.

In the mid right rib cage is a 0.25-inch slight abrasion.

Overlying the right anterior superior iliac spine is a 0.5-inch contusion. In a contralateral position is a 0/75-inch contusion superior to which in the abdominal wall is a 1.5-inch faint contusion.

Just lateral to the left mid clavicular line over the inferior most rib cage is a 1.25-inch contusion. Slightly superior and lateral this this lesion are two rounded contusions, 0.5 and 0.75 inches in greatest dimensions.

### Back and buttocks

In approximately the right mid scapular line at the inferior extent of the rib cage is a 1 3/8-inch diagonally oriented linear abrasion adjacent to which is a 1.5-inch contusion.

In the skin overlying the mid right scapula is a 0.5-inch contusion.

In the skin of the inferior lateral aspect of the right buttock is a 0.25-inch contusion.

### Right upper extremity

In the proximal portion of the distal third of the right arm posteriorly is a 1.75-inch contusion in the midst of which is an approximately vertical 1-inch linear abrasion.

In the ventrolateral mid portion of the right forearm is a 0.5-inch faint contusion.

A series of contusions and abrasions involve the distal right forearm and wrist. On the ventrolateral aspect of the right distal most forearm is a 1.75-inch contusion that bears a 0.5-inch abrasion and a milder 0.75-inch abrasion. Just distal to the junction of approximately the middle and distal thirds of the right forearm ventrolaterally is minimal abrasion up to 0.5 inch.

On the right hand, overlying the proximal second metacarpal and extending to the wrist is a 2-by-up-to-0.75-inch contusion with a 0.5-inch horizontal mild abrasion and a punctate 1/8-inch abrasion.

Between the right second and third metacarpals just proximal to the metacarpophalangeal joints is a one-inch region of irregular punctate abrasions.

On the dorsolateral aspect of the right forearm at the junction of the middle and distal thirds is a 0.75-inch contusion lying adjacent to the previously describe contusion in this region.

Near the head of the right radius dorsomedially is a 0.5-inch abrasion, and one inch proximal to this lesion are three irregular abrasions that cover an area to 1.25 inches.

On the medial aspect of the right wrist at the base of the thenar eminence is a one-inch contusion with dorsally situated abrasions up to 1/8 inch.

In the proximal portion of the proximal third of the right arm is a 0.5-inch abrasion of the dorsal/dorsomedial aspect.

On the medial aspect of the right elbow is a faint 3/8-inch contusion.

### Left upper extremity

On the medial aspect of the proximal most portion of the left arm are two minimal abrasions, 3/8 inch and 0.25 inch in greatest dimensions.

On the distal most portion of the dorsum of the left arm is a 3/8-inch region of abrasions just proximal to the olecranon.

On the dorsal aspect of the proximal most left arm is a two-inch irregular contusion with abrasion, one with a linear character and 1.25 inches long.

On the anterior aspect of the left arm in the mid portion of the distal third is an irregular focus of mild contusion up to one inch.

On the lateral aspect of the proximal portion of the distal third of the left forearm curling about the radius is a contusion up to 2.25-inch contusion that has slight abrasion. Immediately distal to this contusion is a contiguous region of contusion with mild abrasion up to 0.75 inch.

On the lateral aspect of the left wrist near the head of the radius is an irregular contusion up to one inch, slightly abraded.

On the dorsum of the wrist joint is a 1/5-by-up-to-0.75-inch contusion.

Between the proximal most portions of the proximal phalanges of the left third and fourth fingers is a 0.5-inch contusion with slight abrasion.

### Right lower extremity

The skin about the knee appears soiled, and at the inferomedial aspect of the right patella is a one-inch yellow-brown apparent resolving contusion.

On the medial aspect of the right knee is an irregular region of abrasion up to 5/8 inch.

In the distal portion of the proximal third of the anterior aspect of the right leg is a focus of discontinuous healing linear abrasion.

In the distal portion of the distal third of the medial aspect of the right leg is a 0.75-inch region of contusion that is linear, and overlying the right medial malleolus is a 1.25-inch focus of contusion in which there is mild avulsion of the epidermis not associated with bleeding.

On the anterolateral aspect of the proximal most right leg is a 05-inch irregular abrasion.

### Left lower extremity

Beginning on the medial aspect of the left knee and extending distally for approximately three inches is an area of very minimal punctate abrasions and mild contusions up to as much as 0.25 inch. Immediately dorsal to this region is a one-inch slightly diagonal linear abrasion.

On the anterior aspect of the left leg in the mid distal third is a two-inch vertical healed surgical scar. Just medial to this car is a 1.75-inch region of contusion with a 0.5-inch abrasion with minimal avulsions.

On the superior aspect of the left hallux is a 0.75-inch contusion.

## Internal Examination

The primary standard Y incision reveals an abdominal panniculus of 19 mm.

### Serous Cavities

The internal organs bear normal, customary anatomical relationships. No abnormal fluid collections or adhesions are observed.

### Cardiovascular System

The 370-gm heart has smooth, glistening epicardium and is of normal configuration. In the epicardium of the posterior aspect of the heart is a region of petechiae up to approximately 50 mm.

The coronary arteries arise and are distributed normally. There are no demonstrable atherosclerotic lesions in any of the coronary arteries.

The cardiac chambers are mildly dilated, and they contain only fluid blood. All blood observed is in a fluid state

The myocardium is homogenously fibrillar. There are no gross lesions.

The valves and chordae tendineae are intact and normally formed with no vegetations or other anomaly.

### Neck Organs

The hyoid is free from fracture and hemorrhage, and the laryngeal cartilages are intact. There are no soft tissue hemorrhages or edema. There is no laryngeal edema. The base of the tongue is intact with no injuries.

### Respiratory System

The lungs (right 675 gm, left 530 gm) have glistening pleural surfaces. The airway contains no extraneous material. The parenchyma is mildly hyperemic and has no areas of induration or consolidation. No masses are present, and there are no thromboemboli. Anthracotic pigment accumulation is very mild.

### Endocrine System

The thyroid is intact and of normal configuration with no masses. The adrenal glands are intact and free from hemorrhage and nodules. Their cortices are bright yellow. (Pituitary: See nervous system.)

### Urogenital System

The kidneys (right 160 gm, left 160gm) have smooth surfaces beneath easily stripped capsules. The corticomedullary junctions are intact. The calyces, pelves, and ureters are normally formed with no dilatation and are free from calculi and inflammatory changes.

The urinary bladder contains an estimated 300 cc of moderate amber urine.

The internal genitalia are normal male.

### Hemolytopoietic System

The 185-gm spleen is intact and hyperemic. There is no lymphadenopathy.

### Gastrointestinal Tract

The esophagus is intact, and the mucosa is unremarkable.

The stomach contains only approximately 10 cc of mucoid fluid. The gastric and duodenal mucosae appear intact and free from ulcer or other lesion. There are no tablets or capsules or drug residues present.

The vermiform appendix is present. The intestines appear normal with little fecal content and considerable gases.

### Hepatobiliary System, Pancreas

The 2045-gm liver is hyperemic the sectioned surfaces reveal normal gross structure, consistency, and color.

The gallbladder contains only liquid bile with no calculi present.

The pancreas has its usual lobular architecture with no cystic structures or inflammation.

### Nervous System

The 1360-gm brain has clear, glistening leptomeninges, and there are no findings of edema, herniation, hemorrhage, or trauma. Sectioning discloses no gross anomalies.

### Skeletal System

The skeletal system is intact, save for an essentially non-displaced fracture of the left fifth rib at the costochondral junction.

### Person(s) Present

Mariano F. Guzman, Investigator, Office of the District Attorney.
Scott Poma, Office of Sheriff-Coroner.
Mortuary personnel.

Neuroth, Steven Kellog                           076U-2014                                    Page **6**

### Procedures

Photography.
Tissues stored.
Peripheral blood for comprehensive panel.
Vitreous humor for electrolytes and glucose panel.

 **NMS**

NMS Labs

CONFIDENTIAL

3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, DABFT, DABCC-TC, Laboratory Director

**Corrected Report**

Report Issued    07/09/2014 10:00
Last Report Issued    07/01/2014 17:00

To:   50179
      Jacqueline Benjamin, M.D.
      670 Chablis Court

      Ukiah, CA  95482

| | |
|---|---|
| Patient Name | NEUROTH, STEVEN |
| Patient ID | 76U-2014 |
| Chain | 11774203 |
| Age 55 Y | DOB 12/01/1958 |
| Gender | Not Given |
| Workorder | 14154620 |

Page 1 of 5

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| D/L Amphetamine Ratio | SEE COMMENT | | 001 - Peripheral Blood |
| D/L Methamphetamine Ratio | 23 | | 001 - Peripheral Blood |
| Caffeine | Positive | mcg/mL | 001 - Peripheral Blood |
| Theobromine | Positive | mcg/mL | 001 - Peripheral Blood |
| Amphetamine | 40 | ng/mL | 001 - Peripheral Blood |
| Methamphetamine | 1100 | ng/mL | 001 - Peripheral Blood |
| Creatinine (Vitreous Fluid) | 0.91 | mg/dL | 003 - Vitreous Fluid |
| Sodium (Vitreous Fluid) | 154 | mmol/L | 003 - Vitreous Fluid |
| Potassium (Vitreous Fluid) | 14 | mmol/L | 003 - Vitreous Fluid |
| Chloride (Vitreous Fluid) | 125 | mmol/L | 003 - Vitreous Fluid |
| Urea Nitrogen (Vitreous Fluid) | 31 | mg/dL | 003 - Vitreous Fluid |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 0329B | Amphetamines (D/L Ratio), Blood |
| 1919FL | Electrolytes and Glucose Panel (Vitreous), Fluid (Forensic) |
| 8092B | Postmortem Toxicology - Expert, Blood (Forensic) |

### Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 8.5 mL | 06/12/2014 09:30 | Peripheral Blood | |
| 002 | Gray Top Tube | 8.5 mL | 06/12/2014 09:30 | Peripheral Blood | |
| 003 | Red Vial | 3 mL | 06/12/2014 09:30 | Vitreous Fluid | |

All sample volumes/weights are approximations.

Specimens received on 06/20/2014.

I hereby Certify this Document is a
true Copy of the Original on file in
this office. Date 7/22/14
THOMAS D. ALLMAN, SHERIFF-CORONER
By   Cindy # 2693   Deputy

MENDOCINO COUNTY
JUL 17 2014
SHERIFF'S OFFICE

v.11

NMS

CONFIDENTIAL

Workorder    14154620
Chain        11774203
Patient ID   760-2014

Page 2 of 5

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| D/L Amphetamine Ratio | SEE COMMENT | | | 001 - Peripheral Blood | GC/MS |
| Present in d-form only. | | | | | |
| D/L Methamphetamine Ratio | 23 | | | 001 - Peripheral Blood | GC/MS |
| Caffeine | Positive | mcg/mL | 0.10 | 001 - Peripheral Blood | GC/MS |
| Theobromine | Positive | mcg/mL | 5.0 | 001 - Peripheral Blood | GC/MS |
| Amphetamine | 40 | ng/mL | 5.0 | 001 - Peripheral Blood | LC-MS/MS |
| Methamphetamine | 1100 | ng/mL | 5.0 | 001 - Peripheral Blood | LC-MS/MS |
| Creatinine (Vitreous Fluid) | 0.91 | mg/dL | 0.050 | 003 - Vitreous Fluid | Colorimetry |
| Sodium (Vitreous Fluid) | 154 | mmol/L | 80 | 003 - Vitreous Fluid | Chemistry Analyzer |
| Potassium (Vitreous Fluid) | 14 | mmol/L | 1.0 | 003 - Vitreous Fluid | Chemistry Analyzer |
| Chloride (Vitreous Fluid) | 125 | mmol/L | 70 | 003 - Vitreous Fluid | Chemistry Analyzer |
| Glucose (Vitreous Fluid) | None Detected | mg/dL | 35 | 003 - Vitreous Fluid | Chemistry Analyzer |
| Urea Nitrogen (Vitreous Fluid) | 31 | mg/dL | 3.0 | 003 - Vitreous Fluid | Chemistry Analyzer |

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

## Reference Comments:

1. Amphetamine - Peripheral Blood:

   Amphetamine (Adderall, Dexedrine) is a Schedule II phenethylamine CNS-stimulant. It is used therapeutically in the treatment of narcolepsy and obesity and also in the treatment of hyperactivity in children. Amphetamine has a high potential for abuse. When used in therapy, initial doses should be small and increased gradually. In the treatment of narcolepsy, amphetamine is administered in daily divided doses of 5 to 60 mg. For obesity and children with attention deficits, usual dosage is 5 or 10 mg daily.

   Following a single oral dose of 10 mg amphetamine sulfate, a reported peak blood concentration of 40 ng/mL was reached at 2 hr. Following a single 30 mg dose to adults, an average peak plasma level of 100 ng/mL was reported at 2.5 hr. A steady-state blood level of 2000 - 3000 ng/mL was reported in an addict who consumed approximately 1000 mg daily.

   Overdose with amphetamine can produce restlessness, hyperthermia, convulsions, hallucinations, respiratory and/or cardiac failure. Reported blood concentrations in amphetamine-related fatalities ranged from 500 - 41000 ng/mL (mean, 9000 ng/mL). Amphetamine is also a metabolite of methamphetamine, benzphetamine and selegiline.

# NMS

## Reference Comments:

2. Caffeine (No-Doz) - Peripheral Blood:

   Caffeine is a xanthine-derived central nervous system stimulant. It also produces diuresis and cardiac and respiratory stimulation. It can be readily found in such items as coffee, tea, soft drinks and chocolate. As a reference, a typical cup of coffee or tea contains between 40 to 100 mg caffeine.

   Following the oral ingestion of 120 and 300 mg of caffeine, reported peak plasma concentrations of the drug averaged 3.0 mcg/mL (range, 2.0 - 4.0 mcg/mL) and 7.9 mcg/mL (range, 6.0 - 9.0 mcg/mL), respectively. A single oral dose of 500 mg produced a reported peak plasma concentration of 14 mcg/mL after 30 min.

   Reported concentrations of caffeine in caffeine-related fatalities averaged 183 mcg/mL (range, 79 - 344 mcg/mL).

   The reported qualitative result for this substance is indicative of a finding commonly seen following typical use and is usually not toxicologically significant.

3. Chloride (Vitreous Fluid) - Vitreous Fluid:

   Normal: 105 - 135 mmol/L

4. Creatinine (Vitreous Fluid) - Vitreous Fluid:

   Normal: 0.6 - 1.3 mg/dL

5. D/L Methamphetamine Ratio - Peripheral Blood:

   If the D/L methamphetamine ratio is greater than 0.13, the Methamphetamine found is probably the result of the use of the DEA Schedule II CNS stimulant (d-methamphetamine).

6. Glucose (Vitreous Fluid) - Vitreous Fluid:

   Normal: <200 mg/dL

   Postmortem vitreous glucose concentrations >200 mg/dL are associated with hyperglycemia.

   Since postmortem vitreous glucose concentrations decline rapidly after death both in vivo and in vitro, care should be taken in the interpretation of results.  Stability of vitreous glucose for up to 30 days has been noted by NMS Labs when specimens are maintained frozen (-20°C).

7. Methamphetamine - Peripheral Blood:

   d-Methamphetamine is a DEA schedule II stimulant drug capable of causing hallucinations, aggressive behavior and irrational reactions. Chemically, there are two forms (isomers) of methamphetamine: l- and d-methamphetamine. The l-isomer is used in non-prescription inhalers as a decongestant and has weak CNS-stimulatory activity. The d-isomer has been used therapeutically as an anorexigenic agent in the treatment of obesity and has potent CNS-, cardiac- and circulatory-stimulatory activity. Amphetamine and norephedrine (phenylpropanolamine) are metabolites of methamphetamine. d-Methamphetamine is an abused substance because of its stimulatory effects and is also addictive.

   A peak blood concentration of methamphetamine of 20 ng/mL was reported at 2.5 hr after an oral dosage of 12.5 mg. Blood levels of 200 - 600 ng/mL have been reported in methamphetamine abusers who exhibited violent and irrational behavior. High doses of methamphetamine can also elicit restlessness, confusion, hallucinations, circulatory collapse and convulsions.

   *In this case, the level of methamphetamine determined has not been differentiated according to its isomeric forms. Differentiation of the isomers of methamphetamine is available upon request.

8. Potassium (Vitreous Fluid) - Vitreous Fluid:

   Normal: <15 mmol/L
   Quantitative results for sodium will be affected if performed on gray top tubes since these collection tubes contain potassium oxalate.

 NMS

CONFIDENTIAL

| Workorder | 14154620 |
| Chain | 11774203 |
| Patient ID | 76U-2014 |

Page 4 of 5

**Reference Comments:**

9.  Sodium (Vitreous Fluid) - Vitreous Fluid:

    Normal: 135 - 150 mmol/L
    Quantitative results for sodium will be affected if
    performed on gray top tubes since these collection
    tubes contain sodium fluoride.

10. Theobromine (Xantheose) - Peripheral Blood:

    Theobromine is a methylxanthine alkaloid found in tea and cocoa products and has been reported to pass into
    the breast milk of nursing mothers. Theobromine has the general properties of the xanthines, including diuresis
    and smooth muscle stimulation.

11. Urea Nitrogen (Vitreous Fluid) - Vitreous Fluid:

    Normal: 8 - 20 mg/dL

**Sample Comments:**

001   * Interpretive Comment added on 07/02/14.

001   * Patient Name modified 07/02/14. Previous value: NEWROTH, STEVE

001   * DOB modified 07/02/14. Previous value: Not Given

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded two (2)
years from the date of this report; and generated data will be discarded five (5) years from the date the analyses were
performed.

Workorder 14154620 was electronically
signed on 07/09/2014 09:58 by:

Edward J. Barbieri, Ph.D.
Forensic Toxicologist

**Analysis Summary and Reporting Limits:**

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. Please
refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 0329B - Amphetamines (D/L Ratio), Blood - Peripheral Blood

-Analysis by Gas Chromatography/Mass Spectrometry (GC/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| D/L Amphetamine Ratio | N/A | D/L Methamphetamine Ratio | N/A |

Acode 1919FL - Electrolytes and Glucose Panel  (Vitreous), Fluid (Forensic) - Vitreous Fluid

-Analysis by Chemistry Analyzer for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Chloride (Vitreous Fluid) | 70 mmol/L | Sodium (Vitreous Fluid) | 80 mmol/L |
| Glucose (Vitreous Fluid) | 35 mg/dL | Urea Nitrogen (Vitreous Fluid) | 3.0 mg/dL |
| Potassium (Vitreous Fluid) | 1.0 mmol/L | | |

-Analysis by Colorimetry (C) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Creatinine (Vitreous Fluid) | 0.050 mg/dL | | |

Acode 50010B - Amphetamines Confirmation, Blood (Forensic) - Peripheral Blood

 NMS

CONFIDENTIAL

| | |
|---|---|
| Workorder | 1415462~ |
| Chain | 11774203 |
| Patient ID | 76U-2014 |

Page 5 of 5

## Analysis Summary and Reporting Limits:

-Analysis by High Performance Liquid Chromatography/Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Amphetamine | 5.0 ng/mL | Norpseudoephedrine | 5.0 ng/mL |
| Ephedrine | 5.0 ng/mL | Phendimetrazine | 10 ng/mL |
| MDA | 5.0 ng/mL | Phenmetrazine | 5.0 ng/mL |
| MDEA | 10 ng/mL | Phentermine | 10 ng/mL |
| MDMA | 5.0 ng/mL | Phenylpropanolamine | 5.0 ng/mL |
| Methamphetamine | 5.0 ng/mL | Pseudoephedrine | 5.0 ng/mL |
| Methylephedrine | 5.0 ng/mL | Selegiline | 5.0 ng/mL |

Acode 8092B - Postmortem Toxicology - Expert, Blood (Forensic) - Peripheral Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Benzodiazepines | 100 ng/mL | Opiates | 20 ng/mL |
| Cannabinoids | 10 ng/mL | Oxycodone | 10 ng/mL |
| Cocaine / Metabolites | 20 ng/mL | Salicylates | 120 mcg/mL |

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Buprenorphine / Metabolite | 0.50 ng/mL | | |

-Analysis by Gas Chromatography/Mass Spectrometry (GC/MS) for: The following is a general list of compound classes included in the Gas Chromatographic screen. The detection of any particular compound is concentration-dependent. Please note that not all known compounds included in each specified class or heading are included. Some specific compounds outside these classes are also included. For a detailed list of all compounds and reporting limits included in this screen, please contact NMS Labs.

Amphetamines, Analgesics (opioid and non-opioid), Anorectics, Anesthetics, Antiarrhythmics, Anticholinergic Agents, Anticoagulant Agents, Anticonvulsant Agents, Antidepressants, Antiemetic Agents, Antifungal Agents, Antihistamines, Antihypertensive Agents, Antiparkinsonian Agents, Antipsychotic Agents, Antitussive Agents, Antiviral Agents, Anxiolytics (Benzodiazepine and others), Calcium Channel Blocking Agents, Cardiovascular Agents (non digitalis), Hallucinogens, Hypnosedatives (Barbiturates, Non-Benzodiazepine Hypnotics, and others), Local Anesthetics Agents, Muscle Relaxants, Non-Steroidal Anti Inflammatory Agents (excluding Salicylate) and Stimulants (Amphetamine-like and others).

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |