# EXHIBIT 42

