Anne L. Keck, SBN 136315
KECK LAW OFFICES
418 B Street, Suite 206
Santa Rosa, California 95401
Telephone: (707) 595-4185
Facsimile: (707) 657-7715
Email: akeck@public-law.org

Attorneys for Defendants the
County of Mendocino and
Mendocino County Sheriff-
Coroner Thomas Allman,
Capt. Timothy Pearce, Lorrie Knapp,
Frank Masterson, Craig Bernardi,
Michael Grant, Jeanette Holum,
Robert Page, & Christine De Los Santos

John W. Patton, Jr., *Pro Hac Vice*
Stephen R. Niemeyer, SBN 203162
Kathleen M. Kunkle, SBN 222800
Kathryn R. Vaughan, *Pro Hac Vice*
PATTON & RYAN LLC
330 North Wabash Ave., Suite 3800
Chicago, Illinois 60611
Telephone: (312) 261-5160
Facsimile: (312) 261-5161
Emails: jpatton@pattonryan.com
     sniemeyer@pattonryan.com
     kkunckle@pattonryan.com
     kvaughan@pattonryan.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES NEUROTH, *et al.*,

    Plaintiffs,

v.

MENDOCINO COUNTY, *et al.*,

    Defendants.

Case No. 3:15-CV-03226-RS

**STIPULATION FOR ORDER TO EXTEND THE PAGE LIMIT FOR COUNTY DEFENDANTS' REPLY IN SUPPORT OF THEIR SUMMARY JUDGMENT MOTION, AND WITHDRAWAL OF RELATED ADMINISTRATIVE MOTION; [~~PROPOSED~~] ORDER**

This Stipulation is submitted on behalf of Plaintiff James Neuroth ("Plaintiff") and Defendants the County of Mendocino, Mendocino County Sheriff Thomas Allman, Sheriff's Captain Timothy Pearce, and current/former Sheriff's Deputies Lorrie Knapp, Frank Masterson, Craig Bernardi, Michael Grant, Jeanette Holum, Robert Page, and Christine De Los Santos (collectively, "County Defendants"). Through this Stipulation, County Defendants request the Court to enter an order extending the page limit for their Reply brief in support of their Motion for Summary Judgment by 5 pages, from the 15 pages as allowed under Local Rule 7-4(b) to a total of 20 pages. Plaintiff has no objection to this request, and the parties believe that good cause supports the requested order, as set forth below.

///

Stipulation for Order to Extend the Page Limit
for County Defendants' Reply, etc.

U.S.D.C. No. 3:15-cv-03226-RS

1

**RECITALS**

A. On May 24, 2018, County Defendants filed their Motion for Summary Judgment [Dkt. No. 265] on behalf of ten separate defendants, seeking summary judgment on seven causes of action (including about seventeen different sub-claims) Plaintiff asserted against them in his Fourth Amended Complaint. Pursuant to this Court's order of May 7, 2018 [Dkt. No. 253], the memorandum of points and authorities in support of that motion was 35 pages long.

B. On July 5, 2018, Plaintiff filed his combined Opposition to all motions for summary judgment, including County Defendants', under seal and in connection with his Administrative Motion to File Documents Under Seal, *et al.* (Dkt. No. 304.) Also pursuant to this Court's order of May 7, 2018 [Dkt. No. 253], the memorandum of points and authorities in support of Plaintiff's Opposition was 80 pages long.

C. County Defendants' Reply in support of their Motion for Summary Judgment is due to be filed on July 19, 2018. (*See* Dkt. No. 249.) County Defendants have informed Plaintiff that, given the sheer number of issues and the volumes of arguments Plaintiff submitted in his Opposition, County Defendants have determined that they need an extension of their Reply brief to 20 pages to adequately respond. Specifically, County Defendants believe that the normal 15-page limit simply does not provide them with sufficient space to explain their arguments and evidentiary objections, and conforming to that limit will prevent them from fully presenting the necessary issues to the Court. County Defendants submit that while a 20-page Reply brief will still be a tight fit for all of the issues they must address therein, they will work to ensure arguments are clear and succinct.

D. On July 13, 2018, County Defendants filed a Motion for Administrative Relief requesting the 20-page extension for their Reply brief. (Dkt. No. 320.) In light of Plaintiff's agreement to stipulate to that relief, County Defendants hereby withdraw that Administrative Motion.

Based on the foregoing, Plaintiff and County Defendants, through their respective counsel, stipulate and agree as follows:

Stipulation for Order to Extend the Page Limit
for County Defendants' Reply, etc.

U.S.D.C. No. 3:15-cv-03226-RS

2

# AGREEMENT

1. The parties request entry of an order extending the page limit for County Defendants' Reply brief in support of their Motion for Summary Judgment to 20 pages.

2. In light of this stipulation, County Defendants withdraw their Motion for Administrative Relief to Extend Page Limit of Reply Brief in Support of Motion for Summary judgment. (Dkt. No. 320.)

3. Nothing in this Stipulation and request for order is intended to modify the other matters addressed in any Court order unless expressly identified herein, nor does it preclude the parties from seeking additional relief from this Court.

IT IS SO STIPULATED.

Keck Law Offices

Dated: July 13, 2018     By:    */s/ Anne L. Keck*
                                              Anne L. Keck
                                              Attorneys for County Defendants

Haddad & Sherwin LLP

Dated: July 13, 2018     By:    */s/ Michael J. Haddad*
                                              Michael J. Haddad
                                              Attorneys for Plaintiff

\* Approval in the filing of this document has been obtained from all signatories.

Stipulation for Order to Extend the Page Limit
for County Defendants' Reply, etc.

U.S.D.C. No. 3:15-cv-03226-RS

3

# ORDER

The parties' foregoing stipulation is approved, and with good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The page limit for County Defendants' Reply brief in support of their Motion for Summary Judgment shall be extended to 20 pages.

2. County Defendants' Motion for Administrative Relief to Extend Page Limit of Reply Brief in Support of Motion for Summary judgment [Dkt. No. 320] is hereby deemed withdrawn.

IT IS SO ORDERED.

Date: 7/16/18

HONORABLE RICHARD SEEBORG
United States District Court Judge

Stipulation for Order to Extend the Page Limit
for County Defendants' Reply, etc.

U.S.D.C. No. 3:15-cv-03226-RS

4