John W. Patton, Jr., *Pro Hac Vice*
Michael G. Vranicar, SBN 131842
PATTON & RYAN LLC
330 North Wabash Ave., Suite 3800
Chicago, Illinois 60611
Telephone: (312) 261-5160
Facsimile: (312) 261-5161
Email: jpatton@pattonryan.com
mvranicar@pattonryan.com

Attorneys for Defendants the
County of Mendocino and
Mendocino County Sheriff-
Coroner Thomas Allman,
Capt. Timothy Pearce, Lorrie Knapp,
Frank Masterson, Craig Bernardi,
Michael Grant, Jeanette Holum,
Robert Page, & Christine De Los Santos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEUROTH, *et al.,*<br><br>　　Plaintiffs,<br><br>　v.<br><br>MENDOCINO COUNTY, *et al.*,<br><br>　　Defendants. | Case No. 3:15-CV-03226-RS<br><br>**JOINT STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULING ORDER AND OTHER DATES; [~~PROPOSED~~] ORDER** |

　　This Joint Stipulation to Modify Case Management Scheduling Order is submitted by all parties in this action, through their respective counsel, including: Plaintiff James Neuroth ("Plaintiff"); Defendants the County of Mendocino, Mendocino County Sheriff Thomas Allman, Sheriff's Captain Timothy Pearce, and current/former Sheriff's Deputies Lorrie Knapp, Frank Masterson, Craig Bernardi, Michael Grant, Jeanette Holum, Robert Page, and Christine De Los Santos (collectively, "County Defendants"); California Forensic Medical Group, Inc., Dr. Taylor Fithian, and LVN Jennifer Caudillo (collectively, "CFMG Defendants"); Correctional Medical Group Companies, Inc., RN Elaine Hustedt, and RN Claire Teske (collectively, "CMGC Defendants"); and the City of Willits, former Willits Police Chief Gerardo Gonzalez, and current/former Willits Police Officers Kevin Leef and Jeff Andrade (collectively, the "Willits

Defendants"). Pursuant to this Stipulation, the parties jointly request the Court to modify the pretrial dates set out in its previous Case Management Scheduling Order entered on December 13, 2017 (Dkt. No. 232, the "Scheduling Order"), as well as other dates, as set forth below.

**RECITALS**

A. The course and schedule of events in this case have caused the parties to reevaluate the remaining dates set in the Court's previous Scheduling Order (Dkt. No. 232), which are presently as follows:

- August 30, 2018: Last day to conduct meet and confer session (per the Court's Jury Trial Standing Order, Section A).
- September 13, 2018: Last day to file Motions in Limine, and last day to file Joint Pretrial Statement and Proposed Order (per the Court's Jury Trial Standing Order, Section B).
- October 4, 2018: Oppositions to Motions in Limine due
- October 18, 2018, at 10:00 a.m.: Final Pretrial Conference

B. The parties request the Court to revise the pretrial dates set out in the previous Scheduling Order for the following reasons:

1. The Court's request to revise the scheduling order due to the delay in the hearing on the Motions for Summary Judgment.

2. The parties are mindful of the Court's busy docket, and that it may take considerable time for the Court to issue a summary judgment order after the hearing on those motions.

WHEREFORE, the parties hereby agree and request entry of an order as follows:

**AGREEMENT**

1. The parties request the Court to consider modifying the scheduling guidelines set out in its Jury Trial Standing Order in this case as follows:

   a. September 12, 2018: Last day to conduct meet and confer session (per the Court's Jury Trial Standing Order, Section A).

   b. October 18, 2018: Last day to file Motions in Limine, and last day to file Joint Pretrial Statement and Proposed Order (per the Court's Jury Trial

Joint Stipulation to Modify Case Management Scheduling Order and Other Dates; [Proposed] Order
*Neuroth, et al. v. Mendocino County, et al.,* U.S.D.C. No. 3:15-cv-03226-RS

2

Standing Order, Section B).

  c. <u>November 15, 2018</u>: Oppositions to Motions in Limine due

  d. <u>December 6, 2018</u>, at 10:00 a.m.: Final Pretrial Conference

3. Nothing in this Stipulation and request for order is intended to modify the other matters addressed in any Court order unless expressly identified herein, nor does it preclude the parties from seeking additional relief from this Court, to amend this stipulation and order or otherwise.

IT IS SO STIPULATED.

            Patton & Ryan LLC

Dated: August 28, 2018    By:  */s/ Michael G. Vranicar*
            Michael G. Vranicar
            Attorneys for County Defendants

            Law Offices of Jerome M. Varanini

Dated: August 28, 2018    By:  */s/ Jerome M. Varanini*
            Jerome M. Varanini
            Attorneys for CFMG Defendants

            Bertling Law Group, Inc.

Dated: August 28, 2018    By:  */s/ Peter G. Bertling*
            Peter G. Bertling
            Attorneys for CMGC Defendants

            Perry, Johnson, Anders, Miller & Moskowitz LLP

Dated: August 28, 2018    By:  */s/ Scott A. Lewis*
            Scott A. Lewis
            Attorneys for Willits Defendants

            Haddad & Sherwin LLP

Dated: August 28, 2018    By:  */s/ Michael J. Haddad*
            Michael J. Haddad
            Attorneys for Plaintiff

* Approval in the filing of this document has been obtained from all signatories.

**ORDER**

Based on the parties' stipulation, and with good cause appearing therefore,

IT IS HEREBY ORDERED that the previous Case Management Scheduling Order entered on December 13, 2017 (Dkt. No. 232) is hereby modified, and that the following dates are set in the instant case:

    a. <u>September 12, 2018</u>: Last day to conduct meet and confer session (per the Court's Jury Trial Standing Order, Section A).

    b. <u>October 18, 2018</u>: Last day to file Motions in Limine, and last day to file Joint Pretrial Statement and Proposed Order (per the Court's Jury Trial Standing Order, Section B).

    c. <u>November 15, 2018</u>: Oppositions to Motions in Limine due

    d. <u>December 6, 2018</u>, at 10:00 a.m.: Final Pretrial Conference

IT IS SO ORDERED.

Date: 8/29/18

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge