MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA SORENSON (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
JAMES NEUROTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEUROTH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MENDOCINO COUNTY, *et al.*, <br><br> Defendants. | Case No. 3:15-CV-03226-RS <br><br> **STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES; [PROPOSED] ORDER** |

This Stipulation to modify the trial and pretrial schedule, is submitted by all parties in this action, through their respective counsel, including: Plaintiff James Neuroth ("Plaintiff"); Defendants the County of Mendocino, Mendocino County Sheriff Thomas Allman, Sheriff's Captain Timothy Pearce, and current/former Sheriff's Deputies Lorrie Knapp, Frank Masterson, Craig Bernardi, Michael Grant, Robert Page, and Christine De Los Santos (collectively, "County Defendants"); California Forensic Medical Group, Inc. and LVN Jennifer Caudillo (collectively, "CFMG Defendants"); and the City of Willits and current/former Willits Police Officers Kevin Leef and Jeff Andrade (collectively, the "Willits Defendants"). Pursuant to this Stipulation, the parties jointly request the Court to modify the trial date and pretrial deadlines, as set forth below.
STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES; [PROPOSED] ORDER
*Neuroth, et al. v. Mendocino County, et al.,* U.S.D.C. No. 3:15-cv-03226-RS

1

## RECITALS

On October 3, 2018, counsel for all parties had a settlement conference scheduling call with Judge Beeler, and Judge Beeler scheduled a further settlement conference in this case for her first available date: November 26, 2018. Judge Beeler also suggested that, given the uncertainty around the current January 7, 2019 trial date, the parties should consider continuing the trial and pretrial dates to commence after the settlement conference to conserve attorneys' fees and costs. Thereafter, the parties met and conferred and agreed to inquire with this Court as to this Court's other trial conflicts on January 7, 2019, and the feasibility of continuing pretrial deadlines. The parties now understand that there continues to be uncertainty as to whether this case can be tried on January 7, 2019, and that such uncertainty will likely persist until at least December 7, 2018 (after the December 6, 2018 pretrial conference in this case). Further, the current pretrial filing deadlines would require the parties to expend considerable time and resources in advance of the settlement conference.

## AGREEMENT

Therefore, to conserve the parties' resources in advance of the settlement conference and to allow for a more certain trial schedule, the parties stipulate and agree to vacate the current trial date and pretrial conference, and set new pretrial dates as follows:

a. December 6, 2018: Case Management and Trial Setting Conference.

b. December 20, 2018: Last day to file Motions in Limine, and last day to file Joint Pretrial Statement and Proposed Order (per the Court's Jury Trial Standing Order, Section B). The parties will also exchange any new or previously undisclosed exhibits to be used at trial other than solely for impeachment or rebuttal.

c. January 24, 2019: Oppositions to Motions in Limine due.

d. February 20, 2019, at 10:00 a.m.: Final Pretrial Conference.

e. The parties will exchange pre-marked binders of trial exhibits two weeks before the new trial date.

f. All other dates will be in accordance with this Court's Jury Trial Standing Order.

STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES; [PROPOSED] ORDER
*Neuroth, et al. v. Mendocino County, et al.,* U.S.D.C. No. 3:15-cv-03226-RS

2

IT IS SO STIPULATED.

                                                Patton & Ryan LLC

Dated: October 9, 2018       By:   */s/ Michael G. Vranicar*
                                                     Michael G. Vranicar
                                                     Attorneys for County Defendants

                                                     Bertling Law Group

Dated: October 9, 2018       By:   */s/ Peter G. Bertling*
                                                       Peter G. Bertling
                                                     Attorneys for Defendant CMFG

Dated: October 9, 2018       By:   */s/ Jerome Varamini*
                                                       Jerome Varanini
                                                     Attorney for Defendant Jennifer Caudillo

                                                     Perry, Johnson, Anders, Miller & Moskowitz LLP

Dated: October 9, 2018       By:   */s/ Scott A. Lewis*
                                                       Scott A. Lewis
                                                     Attorneys for Willits Defendants

                                                     Haddad & Sherwin LLP

Dated: October 9, 2018       By:   */s/ Michael J. Haddad*
                                                       Michael J. Haddad
                                                     Attorneys for Plaintiff

\* Approval in the filing of this document has been obtained from all signatories.

STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES; [PROPOSED] ORDER
*Neuroth, et al. v. Mendocino County, et al.,* U.S.D.C. No. 3:15-cv-03226-RS

3

**ORDER**

Based on the parties' stipulation, and with good cause appearing therefore,

IT IS HEREBY ORDERED that the following dates are set in the instant case:

a. <u>December 6, 2018</u>: Case Management and Trial Setting Conference.

b. <u>December 20, 2018</u>: Last day to file Motions in Limine, and last day to file Joint Pretrial Statement and Proposed Order (per the Court's Jury Trial Standing Order, Section B). The parties will also exchange any new or previously undisclosed exhibits to be used at trial other than solely for impeachment or rebuttal.

c. <u>January 24, 2019</u>: Oppositions to Motions in Limine due.

d. <u>February 20, 2019</u>, at 10:00 a.m.: Final Pretrial Conference.

e. The parties will exchange pre-marked binders of trial exhibits two weeks before the new trial date.

f. All other dates will be in accordance with this Court's Jury Trial Standing Order.

IT IS SO ORDERED.

Date: 10/9/18

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES; [PROPOSED] ORDER
*Neuroth, et al. v. Mendocino County, et al.,* U.S.D.C. No. 3:15-cv-03226-RS

4