MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
JAMES NEUROTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEUROTH, *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>MENDOCINO COUNTY, *et al.*,<br><br>     Defendants. | Case No. 3:15-CV-03226-RS<br><br>**STIPULATION AND (PROPOSED)**<br>**SCHEDULING ORDER** |

The parties, by and through their respective counsel of record, hereby submit this Stipulation and (Proposed) Scheduling Order:

On December 14, 2018, the parties placed a settlement agreement on the record with United States Magistrate Judge Laurel Beeler. The settlement includes a non-monetary component, and Judge Beeler has scheduled a settlement conference for January 25, 2019, concerning the non-monetary part of the settlement.

The parties stipulate to the following trial and pretrial schedule:

   a. <u>May 31, 2019</u>: Last day to complete discovery of Defendants' financial condition for Plaintiff's punitive damages claims.

   b. <u>May 31, 2019</u>: Last day to file Motions in Limine, and last day to file Joint Pretrial Statement and Proposed Order (per the Court's Jury Trial Standing Order, Section B). The parties will also exchange any new or previously undisclosed exhibits to be used at trial other than solely for

STIPULATION AND [PROPOSED] SCHEDULING ORDER
*Neuroth, et al. v. Mendocino County, et al.*, U.S.D.C. No. 3:15-cv-03226-RS

1

impeachment or rebuttal.

    c. <u>July 12, 2019</u>: Oppositions to Motions in Limine due.

    d. <u>September 16, 2019,</u> at 10:00 a.m.: Final Pretrial Conference.

    e. <u>October 7, 2019</u>: Trial.

    f. The parties will exchange pre-marked binders of trial exhibits two weeks before the new trial date.

    g. All other dates will be in accordance with this Court's Jury Trial Standing Order.

IT IS SO STIPULATED.

Haddad & Sherwin LLP

Dated: December 16, 2018     By:   */s/ Julia Sherwin*
Julia Sherwin
Attorneys for Plaintiff

Patton & Ryan LLC

Dated: December 21, 2018     By*:   /s/ Michael G. Vranicar*
Michael G. Vranicar
Attorneys for County Defendants

Bertling Law Group

Dated: December 21, 2018     By:   */s/ Peter G. Bertling*
Peter G. Bertling
Attorneys for Defendant CMFG

Dated: December 16, 2018     By:   */s/ Jerome Varanini*
Jerome Varanini
Attorney for Defendant Jennifer Caudillo

Perry, Johnson, Anders, Miller & Moskowitz LLP

Dated: December 21, 2018     By:   */s/ Scott A. Lewis*
Scott A. Lewis
Attorneys for Willits Defendants

\* Approval in the filing of this document has been obtained from all signatories.

STIPULATION AND [PROPOSED] SCHEDULING ORDER
*Neuroth, et al. v. Mendocino County, et al.,* U.S.D.C. No. 3:15-cv-03226-RS

2

**ORDER**

PURSUANT TO STIPULATION OF THE PARTIES AND FOR GOOD CAUSE, IT IS SO ORDERED.

Date: 12/21/18

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

STIPULATION AND [PROPOSED] SCHEDULING ORDER
*Neuroth, et al. v. Mendocino County, et al.,* U.S.D.C. No. 3:15-cv-03226-RS

3