MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA RODRIGUEZ SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
JAMES NEUROTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES NEUROTH, *et al.,*

    Plaintiffs,

v.

MENDOCINO COUNTY, *et al.*,

    Defendants.

Case No. 3:15-CV-03226-RS (LB)

**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT BETWEEN PLAINTIFF AND ALL DEFENDANTS EXCEPT DEFENDANTS CITY OF WILLITS, KEVIN LEEF, AND JEFF ANDRADE**

    This Stipulation and (Proposed) Order does not include Defendants City of Willits, Kevin Leef, or Jeff Andrade. Pursuant to settlement agreement between the remaining parties, and the monetary settlements having been paid, the parties below hereby stipulate and agree to dismiss this matter, with all parties to bear their own costs and attorneys' fees. The parties further stipulate that United States Magistrate Judge Laurel Beeler shall retain jurisdiction to oversee, and if necessary enforce, the non-monetary terms of the settlement that were placed on the record on January 25, 2019. The terms of the non-monetary agreement between Plaintiff and Defendant CFMG that was placed on the record is amended to provide:

    In California, for the counties with current contracts that have RN's on site 24/7, CFMG's policy is that the RN must be consulted and the RN is responsible to

make the disposition decision at intake for that patient.  For the counties with current contracts that do not have RN's on site 24/7, CFMG will consult with its clients as to the feasibility and cost of arranging for an RN to speak with the patient via remote video connection before making the disposition decision for that patient.

Haddad & Sherwin LLP

Dated: February 28, 2019          By:    /s/ Julia Sherwin
                                         Julia Sherwin
                                         Attorneys for Plaintiff

Patton & Ryan LLC

Dated: March 20, 2019             By:    /s/ Michael G. Vranicar
                                         Michael G. Vranicar
                                         Attorneys for County Defendants


Jerome Varanini, Attorney at Law
Bertling Law Group

Dated: March 28, 2019             By:    /s/ Jerome Varamini
                                         Jerome Varanini
                                         Attorney for Defendants CFMG and Jennifer Caudillo


* Approval of the filing of this document has been obtained from all signatories.

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE, IT IS SO ORDERED.


Dated: May 3, 2019
                                         HONORABLE RICHARD SEEBORG
                                         UNITED STATES DISTRICT JUDGE