MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA RODRIGUEZ SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
JAMES NEUROTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NEUROTH, *et al.,*<br><br>    Plaintiffs,<br><br>  v.<br><br>MENDOCINO COUNTY, *et al.*,<br><br>    Defendants. | Case No. 3:15-CV-03226-RS (LB)<br><br>**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT BETWEEN PLAINTIFF AND DEFENDANTS CITY OF WILLITS, KEVIN LEEF, AND JEFF ANDRADE** |

This Stipulation and (Proposed) Order is between Plaintiff and Defendants City of Willits, Kevin Leef, and Jeff Andrade. Pursuant to settlement agreement between the parties, and the monetary settlements having been paid, the parties below hereby stipulate and agree to dismiss this matter, with all parties to bear their own costs and attorneys' fees. The parties further stipulate that United States Magistrate Judge Laurel Beeler shall retain jurisdiction to oversee, and if necessary enforce, the non-monetary terms of the settlement that were placed on the record on January 25, 2019, including the following:

- The City of Willits sent Police Officer Christopher Derosio to three-day Crisis Intervention Team ("CIT") training in February 2019, and Officer Derosio will provide CIT training to all sworn staff and the community service officer;

- The City's long-term goal is eventually to have every staff member attend the CIT

training;

- The City has provided body-worn video cameras to all sworn staff, and has amended its recording policy to state that officers shall, when practicable, record all field contacts with individuals;

- The City has revised its training outline for the POST-certified class for arrest and control to include training on the dangers of prone or maximal restraint and restraint asphyxia, compression asphyxia, and positional asphyxia, in the perishable skills training for police officers.

Haddad & Sherwin LLP

Dated: May 1, 2019

/s/ Julia Sherwin
Julia Sherwin
Attorneys for Plaintiff

Perry Johnson Anderson Miller & Moskowitz LLP

Dated: May 1, 2019

/s/ Amy S. Winters
Amy S. Winters
Attorneys for City of Willits Defendants

\* Approval of the filing of this document has been obtained from all signatories.

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE, IT IS SO ORDERED.

Dated: May 3, 2019

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE